**RECEIVED IN PRO SE OFFICE**
**OCT 17, 2023 @ 10:59AM**
**VIA BOX.COM**

Cover Letter to Clerk

Mothana Maher Hussein
2562 Hylan Boulevard
Staten Island, NY 10306
Phone: 347-433-5623
Email: mothanahussein@gmail.com
October 16, 2023

To the Honorable Clerk of the Eastern District Court of New York
East Camden Place
Brooklyn, NY

Subject: Request for Private Record Sealing - Concerned Private Citizen

Dear Clerk of the Court,

I trust this letter finds you in good health. I am writing to formally request the confidential sealing of my record in accordance with relevant laws and regulations. I kindly request that the process be conducted privately, using the "in camera" method, to protect my personal privacy.

I am a private citizen deeply concerned about the potential harm that may result from the public disclosure and co-mingling of my record. As such, I am seeking to have my record sealed from public access to safeguard my personal and professional interests. It's worth noting that I am legally disabled and, as per the Article 3, Section 2, Clause 1 of the United States Constitution, I require the involvement of an Article III judge.

While I acknowledge the importance of transparency in legal matters, I firmly believe that the sensitive nature of my record necessitates a more discreet approach. I have faith that the court will exercise its discretion in a manner consistent with the law to balance my need for privacy with the public's right to information.

I have included all the necessary details and documentation required for this request. If additional forms or information are needed, please do not hesitate to contact me using the information provided above.

I kindly request that the court processes and reviews this request in a private and confidential manner, in order to protect my privacy interests while upholding the principles of justice and the law.

Thank you for your attention to this matter. Your assistance with this request is greatly appreciated.

Sincerely,

Mothana Maher Hussein – Private American National Non-Citizen

Mothana Maher Hussein
2562 Hylan Boulevard, Suite 61413 Staten Island, NY 10306
Phone: 347-433-5623       Email: mothanahussein@gmail.com
October 16, 2023

To the Honorable Judge of the Court of Equity
Eastern District Court of New York
225 Cadman Plaza E
Brooklyn, NY 11201

## UNITED STATES COURT FOR THE EASTERN DISTRICT OF NEW YORK

MOTHANA MAHER HUSSEIN

v.

Mothana Maher Hussein

} Original Bill in Equity

In Equity - Private Citizen Status and Establishment of the "RE023821052US Trust"

Comes now the Plaintiff, Mothana Maher Hussein, a private citizen and beneficiary, and presents this bill in equity, affirming private citizen status and establishing the "RE023821052US Trust" herein, founded upon principles of equity, and avers as follows:

I. Parties to the Action
Plaintiff, Mothana Maher Hussein, is a private American national noncitizen of the United States, residing within the State of New York, outside a "Federal Zone," and not subject to military occupation.

II. Private Citizen Status
Plaintiff's private citizen status is rooted in the original constitutional framework of the United States, as amended in 1791, exempting him from the provisional "emergency" War Powers martial due process of the United States.

III. Establishment of the "RE023821052US Trust"
The Plaintiff hereby establishes the "RE023821052US Trust" as a testament to his private ownership rights over the account, based on equitable principles.

IV. Rights and Non-Consent
The Plaintiff asserts his rights as the beneficiary of the trust and affirms his non-consent to the release of any records related to the account without adhering to civilian due process of law.

V. Designation of Trustees
Plaintiff designates the following individuals as private express trustees for the "RE023821052US Trust":
SEE All named parties on
- EXHIBIT: A [RE023821052US]-[1005]
- EXHIBIT: B [RE023821052US]-[1006]
- EXHIBIT: B [RE023821052US]-[1007]
- EXHIBIT: C [RE023821052US]-[1008]
- EXHIBIT: B [RE023821052US]-[1009]
- EXHIBIT: D [RE023821052US]-[1010]
- EXHIBIT: B [RE023821052US]-[1011]
- EXHIBIT: E [RE023821052US]-[1012]

VI. Prayer for Relief
Plaintiff prays for the Court's acknowledgment of the "RE023821052US Trust" and the protection of his private rights and interests.

Plaintiff further prays for all such relief as the Court deems just and equitable.

_____
Mothana Maher Hussein

This bill in equity is respectfully submitted to this honorable Court for its consideration.

Notice of Formation of **Luminary Consulting Services, LLC** filed with SSNY on 5/10/2023. Office: New York County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail a copy of the process to LLC: 325 East 90th Street, Apt 5RE, New York, New York. 10128. Purpose: Luminary Consulting Services is a creative professional services company, creating inspired learning & development solutions for elite client learning & talent enablement.

PUBLIC NOTICE: Cellco Partnership and its controlled affiliates doing business as Verizon Wireless are proposing to collocate antennas on an existing 76-ft tall building located at 101 West 143rd St, NYC, NY 10030 (40° 49' 7.7" N, 73° 56' 16.65" W) and an existing 43.4-ft tall building located at 829 3rd Ave, NYC, NY 10022 (40° 45' 22.08" N, 73° 58' 13.0" W). Public comments regarding potential effects from this site on historic properties may be submitted within 30-days from the date of this publication to: K. Eisele, Terracon, 844 N Lenola Rd, Ste 1, Moorestown, NJ 08057, 856-813-3267 or Kathy. eisele@terracon.com.

Notice of Formation of **SHERM ASSOCIATES, LLC.** Arts. of Org. filed with SSNY on 06/21/2002. Office location: Nassau SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 960 GREEN MEADOW LANE, MAMARONECK, NY, 10543. Any lawful purpose.

Notice of Formation of **KUMA 363 NY LLC.** Arts. Of Org. filed with SSNY on 09/18/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 1224 83RD STREET, BROOKLYN, NY, 11228. Any lawful purpose.

LEGALNOTICES@ CITYANDSTATENY.COM

**Section 106 Public Notice**
Tarpon Towers III, LLC proposes to construct a 159-foot-tall Monopole tower located on Mead Road, Busti, Chautauqua County, NY 14701. Parcel ID: 420.00-1-27/420.00-1-38.1 at Latitude N42° 2' 32.35", Longitude W79° 17' 52.05". We seek comments from all interested persons on the impact of the tower on any resources that are listed or eligible for listing in the National Register of Historic Places. Specific information about the project, including the historic preservation reviews that are being conducted pursuant to the rules of the FCC (47 C.F.R. Sections 1.1307(4)) and the ACHP (36 C.F.R. Part 800) will be made available to interested persons who request the information from the contact below. All questions, comments, and correspondence should be directed to Julia Klima at Dynamic Environmental Associates, Inc., 3850 Lake Street, Suite C, Macon, GA 31204, 877-968-4787, Sec106@ DynamicEnvironmental. com within 30 days from the date of this publication. Re: 22308062

Notice of Formation of **ENZO FARMS LLC.** Arts. Of Org. filed with SSNY on 09/14/2023.Office location: Montgomery SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 110 BARBARA LANE, AMSTERDAM, NY, 12020. Any lawful purpose.

Notice of Formation of **SHORT RIDGE LONG LAKE LLC.** Arts. Of Org. filed with SSNY on 09/11/2023. Office location Hamilton SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to PO BOX 95, LONG LAKE, NY 12847. Any lawful purpose.

LEGALNOTICES@ CITYANDSTATENY.COM

Notice of Formation of **LANDING PAGE LLC.** Arts. Of Org. filed with SSNY on 04/22/2022. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to P.O BOX 50036, BROOKLYN, NY, 11205. Any lawful purpose.

Notice of Formation of **NICHE SALON LLC.** Arts. Of Org. filed with SSNY on 09/15/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 578 MORGAN AVE, APT 3, BROOKLYN, NY, 11222. Any lawful purpose.

Cellco Partnership and its controlled affiliates doing business as Verizon Wireless (Verizon Wireless) propose to collocate wireless communications antennas at various locations in Kings County, NY. Verizon Wireless proposes to collocate communications antennas at a top height of 82 feet on an 82-foot building rooftop at the approx. vicinity of 7402 Bay Parkway, Brooklyn, NY 11204; at a top height of 131 feet on a 131-foot building rooftop at the approx. vicinity of 150 55th Street, Brooklyn, NY 11220; at a top height of 75 feet on an 85-foot building rooftop at the approx. vicinity of 1 Tiffany Place, Brooklyn, NY 11231; at a top height of 78 feet on a 83-foot tall building rooftop at the approx. vicinity of 990 President Street, Brooklyn, NY 11225. Public comments regarding potential effects from this site on historic properties may be submitted within 30 days from the date of this publication to: Tonya Rahinsky, t.rahinsky@trileaf.com, 1395 South Marietta Parkway, Building 400, Suite 209, Marietta, GA 30067, 678-653-8673.

LEGALNOTICES@ CITYANDSTATENY.COM

**RYBB, LLC,** Arts. of Org. filed with the SSNY on 07/14/2023. Office loc: NY County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 176 W 86th Street, Apt 11B, NY, NY 10024. Reg Agent: Rachel Braha, 176 W 86th Street, Apt 11B, NY, NY 10024. Purpose: Any Lawful Purpose.

If You Were A Customer of Honda of Manhattan and Received Unsolicited Text Messages from Lexus of Manhattan Between 2017 and 2020 You May be a part of a Class Action Currently Pending in the US District Court for the Southern District of New York. If you think you may be a class member, please contact Lead Counsel at Zemel Law by calling (862) 227-3106 or go to this website for further info: http:www. lexusofmanhattan classaction.com

**466 Emerald City LLC.** Filed 9/15/23. Office: Kings Co. SSNY desg. as agent for process & shall mail to: 418 Broadway, STE R, Albany, NY 12207. Purpose: Any lawful.

LEGAL NOTICE: MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST I, Mothana Maher Hussein, born on April 19, 1983, in Brooklyn, New York, declare myself a native New Yorker and a private American national, not a U.S. citizen, in accordance with the 1776 C.E. Constitution. I am the living grantor of the "MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST," established on September 10, 2023, with Trust Transfer Grant Deeds bearing serial numbers RE0238210 52US-1000.000 to RE02382 1052US-9999.999, exclusively for the trust's benefit. The Office of Grantor's mailing address is P.O. Box 61413, Staten Island, New York. This notice serves as a call to respond within 28 days or take appropriate action.

LEGALNOTICES@ CITYANDSTATENY.COM

**99 PARK HOSPITALITY LLC.** Arts.of Org. filed with the SSNY on 09/19/23. Office: New York County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to the LLC c/o Terence Tubridy - Member, 99 Park Avenue, New York, NY 10016. Purpose: Any lawful purpose.

Notice of New Antenna Structure Registration for the Construction of New Lattice Tower. Tarpon Towers III, LLC has applied for an Antenna Structure Registration for an new 199' Lattice Tower. The tower will not be lit, as required by the Federal Aviation Administration (FAA). The tower is located at 9595 Crooked Hill Road, Paris, New York, Oneida County. Interested persons may review the application online at www.fcc.gov/asr/ applications by entering the Form 854 File Number A1253976 Interested persons may raise environmental concerns about the structure by filing a Request for Environmental Review with the Federal Communications Commission (FCC). The FCC strongly encourages interested parties to file Requests for Environmental Review Online. Instructions for making such filing can be found online at www.fcc.gov/asr/ environmentalrequest. The mailing address for interested parties that would prefer to file a Request for Environmental Review by paper copy is FCC Request for Environmental Review, Attn: Ramon Williams, 445 12th Street SW, Washington, DC 20554.

Notice of Formation of **Schimek Towing & Hauling, LLC** filed with SSNY on 07/25/2023. Office: Niagara County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail copy of process to LLC: Michelle Bailey 7547 Chestnut Ridge Rd. Lockport NY 14094. Purpose: any lawful act or activity.

LEGALNOTICES@ CITYANDSTATENY.COM

Notice of formation of **SW VOGEL REALTY LLC** Cert. of LLC filed with Secy. of State of NY (SSNY) on December 05, 2018. Office location: Richmond County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail copy of process to 5 Vogel Lane; Staten Island, NY 10314.

Cellco Partnership and its controlled affiliates doing business as Verizon Wireless (Verizon Wireless) proposes to collocate wireless communications antennas at a top height of 69 feet on a 66-foot-tall building rooftop at the approx. vicinity of 114 Forrest Street, Brooklyn, Kings County, NY 11206. Public comments regarding potential effects from this site on historic properties may be submitted within 30 days from the date of this publication to: Trenton Clark, t.clark@trileaf. com, 1395 South Marietta Parkway, Building 400, Suite 209, Marietta, GA 30067, 678-653-8673.

Community Reinvestment Act ("CRA") regulations require a bank that has developed a CRA Strategic Plan (the "Plan") to publish Notice of the Plan and solicit formal written public comment for at least a 30-day period. Western Alliance Bank (the "Bank") hereby provides notice of its intention to submit a CRA Strategic Plan to the Federal Reserve Bank (the "FRB"). Written comments from the public concerning the Plan are encouraged. On or after September 29 , 2023, requests for copies of the plan at no charge or comments regarding the Plan should be directed to Craig Robinson, Head of Community Relations, by mail or phone, at 1 East Washington Street, Suite 1400, Phoenix, Arizona 85004, (408) 689- 8417. Comments received on or before October 29, 2023 will be considered prior to submission of the Plan for approval to the FRB.

LEGALNOTICES@ CITYANDSTATENY.COM

sum

Notice of Formation of **FISCAL GUARDIAN SOLUTIONS LLC** Arts. Of Org. filed with SSNY on 05/31/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 29 LITTLE NASSAU STE #109, BROOKLYN, NY, 11205. Any lawful purpose.

Notice of Formation of LC **DORMEASY LLC.** Arts. Of Org. filed with SSNY on 07/11/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 2108 BAY RIDGE PARKWAY, 2ND FLOOR, BROOKLYN, NY, 11204. Any lawful purpose.

Notice of Formation of **LUCK DESIGN LLC.** Arts. Of Org. filed with SSNY on 07/27/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 11 KINGS PLACE, APT 7A, BROOKLYN, NY, 11223. Any lawful purpose.

Notice of Formation of **POSITION DESIGN STUDIO LLC.** Arts. of Org. filed with SSNY on 04/06/2023.Office location: New York SSNY desg. as agent of PLLC upon whom process against it may be served, SSNY mail process to 228 PARK AVE S #953745, NEW YORK, NY, 10003. Any lawful purpose.

Notice of Qual. of **ANEMONE 7323 CLEAN ENERGY LLC** Auth. filed with SSNY on 09/01/2023. location: Kings. LLC formed in DE on 08/31/2023. SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to: C/O URBAN FUTURE LAB, 370 JAY ST, 7TH FL, BROOKLYN, NY, 11201. Arts. of Org. filed with DE SOS. Townsend Bldg. Dover, DE 19901. Any lawful purpose.

Notice of Formation of **TLJ CENTEREACH LLC.** Arts. of Org. filed with SSNY on 08/29/2023. Office location: Suffolk SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 46 E MAIN ST, SMITHTOWN, NY, 11787. Any lawful purpose.

Notice of Formation of **11 LINCKLAEN, LLC.** Arts. Of Org. filed with SSNY on 08/31/2023. Office location: Madison SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 5501 RATHBUN ROAD, CAZENOVIA, NY, 13035. Any lawful purpose.

Notice of Formation of **130 DIKEMAN STREET LLC** Arts. Of Org. filed with SSNY on 04/04/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 30 MAIN STREET, APT 6F, BROOKLYN, NY, 11201. Any lawful purpose.

Notice of Formation of **442 BAY ST LLC** Arts. Of Org. filed with SSNY on 08/29/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 8220 COLONIAL ROAD, BROOKLYN, NY, 11209. Any lawful purpose.

**Amplify With Ampaw LLC.** filed with the Secretary of State of New York (SSNY) on 05/11/2023. Office: Bronx County. Vasquez Sagarra LLP. designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to Registered Agents Inc. 5 West 37th Street, Suite 6003, New York, NY, 10018. Purpose: Any lawful purpose.

Notice of Formation of **Fashionable Living NYC, LLC** filed with SSNY on 5/14/23. Office: New York County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail copy of process to LLC: 243 W 15th st, #1FW, New York, NY 10011. Purpose: any lawful act or activity.

Notice of Formation of **406 Owner, LLC** filed with SSNY on September 1st, 2023. Office: New York County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail a copy of the process to LLC: 109 East 9th Street, Storefront, New York, NY 10003. Purpose: any lawful act or activity.

Notice of Formation of **SPI PLUMBING, LLC.** Arts. Of Org. filed with SSNY on 11/14/2022. Office location: Richmond SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process 793 FR CAPODANNO BLVD, STATEN ISLAND, NY, 10305. Any lawful purpose.

**RICHARD ARIZA, DDS, PLLC** Art. Of Org. Filed Sec. of State of NY 8/31/2023. Off. Loc.: Monroe Co. SSNY designated as agent upon whom process against it may be served. SSNY to mail copy of process to The PLLC, 563 Highknocker Trail, Green Lake, WI 54941-9634, USA. Purpose: The Profession of Dentistry.

Notice of Formation of **3613 PROPERTY LLC.** Arts. Of Org. filed with SSNY on 09/06/2023. Office location: Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 8618 5TH AVE, BROOKLYN, NY, 11209. Any lawful purpose.

STATE OF SOUTH CAROLINA COUNTY OF BEAUFORT IN THE PROBATE COURT CASE NO. 2023-ES-07-00011 IN THE MATTER OF THE ESTATE OF GREGORY HYETT HALL, Decedent TRAVIS HUSTON, Petitioner Vs. DANA HALL, Respondent. TO RESPONDENT LISTED ABOVE: YOU ARE HEREBY SUMMONED and required to answer the Petition for Formal Appointment in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer upon the Petitioner(s) listed above at the following address(es): Cheryl V. Doe, Esquire, Post Office Box 2478, Beaufort, South Carolina 29901. Your Answer must be served on the Petitioner at the above address within thirty (30) days after the service of this Amended Summons and Petition upon you; exclusive of the day of such service; and if you fail to answer the Petition within that time, judgement by default will be rendered against you for the relief demanded in the Petition. NOTICE IS HEREBY GIVEN THAT A HEARING IS SCHEDULED IN THIS MATTER. DATE: OCTOBER 25, 2023 at 10:30 a.m.; PLACE: 102 RIBAUT RD., ROOM 100,, BEAUFORT, SC 29902; PURPOSE OF HEARING: FOR THE APPOINTMENT OF TRAVIS HOUSTON AS PERSONAL REPRESENTATIVE OF THE ESTATE. /s/ Cheryl V. Doe, SC BAR NO. 1714, cheryl@dorclawoffice.com DORE LAW OFFICE, LLC, Post Office Box 2478, Beaufort, SC 29901; Phone: 843-522-9112

Notice of Formation of **FU HAO MANAGEMENT, LLC.** Arts. Of Org. filed with SSNY on 04/05/2006. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 20 CONFUCIUS PLAZA, APT 10B, NEW YORK, NY, 10002. Any lawful purpose.

**RYBB, LLC,** Arts. of Org. filed with the SSNY on 07/14/2023. Office loc: NY County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 176 W 86th Street, Apt 11B, NY, NY 10024. Reg Agent: Rachel Braha, 176 W 86th Street, Apt 11B, NY, NY 10024. Purpose: Any Lawful Purpose.

If You Were A Customer of Honda of Manhattan and Received Unsolicited Text Messages from Lexus of Manhattan Between 2017 and 2020 You May be a part of a Class Action Currently Pending in the US District Court for the Southern District of New York. If you think you may be a class member, please contact Lead Counsel at Zemel Law by calling (862) 227-3106 or go to this website for further info: http:www.lexusofmanhattanclassaction.com

**466 Emerald City LLC.** Filed 9/15/23. Office: Kings Co. SSNY desig. as agent for process & shall mail to: 418 Broadway, STE R, Albany, NY 12207. Purpose: Any lawful.

LEGAL NOTICE: **MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST** I, Mothana Maher Hussein, born on April 19, 1983, in Brooklyn, New York, declare myself a native New Yorker and a private American national, not a U.S. citizen, in accordance with the 1770 C.E. Constitution. I am the living grantor of the "MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST," established on September 19, 2023, with Trust Transfer Grant Deeds bearing serial numbers RE0238210 52US-1000.000 to RE02382 1052US-9999.999, exclusively for the trust's benefit. The Office of Grantor's mailing address is P.O. Box 61413, Staten Island, New York. This notice serves as a call to respond within 28 days or take appropriate action.

Notice of Formation of **LANDING PAGE LLC.** Arts. Of Org. filed with SSNY on 04/22/2022. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to P.O BOX 50036, BROOKLYN, NY, 11205. Any lawful purpose.

Notice of Formation of **NICHE SALON LLC.** Arts. Of Org. filed with SSNY on 09/15/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 578 MORGAN AVE, APT 3, BROOKLYN, NY, 11222. Any lawful purpose.

Notice of Formation of **ENZO FARMS LLC.** Arts. Of Org. filed with SSNY on 09/14/2023.Office location: Montgomery SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 110 BARBARA LANE, AMSTERDAM, NY, 12020. Any lawful purpose.

Notice of Formation of **SHORT RIDGE LONG LAKE LLC.** Arts. Of Org. filed with SSNY on 09/11/2023. Office location Hamilton SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to PO BOX 95, LONG LAKE, NY 12847. Any lawful purpose.

Notice of Formation of **Schimek Towing & Hauling, LLC** filed with SSNY on 07/25/2023. Office: Niagara County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail copy of process to LLC: Michelle Bailey 7547 Chestnut Ridge Rd. Lockport NY 14094. Purpose: any lawful act or activity.

LEGALNOTICES@CITYANDSTATENY.COM

LEGALNOTICES@CITYANDSTATENY.COM

LEGALNOTICES@CITYANDSTATENY.COM

LEGALNOTICES@CITYANDSTATENY.COM

LEGALNOTICES@CITYANDSTATENY.COM

LEGALNOTICES@CITYANDSTATENY.COM

Notice of Formation of **FISCAL GUARDIAN SOLUTIONS LLC** Arts. Of Org. filed with SSNY on 05/31/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 29 LITTLE NASSAU ST STE #109, BROOKLYN, NY, 11205. Any lawful purpose.

Notice of Formation of LC **DORMEASY LLC.** Arts. Of Org. filed with SSNY on 07/11/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 2108 BAY RIDGE PARKWAY, 2ND FLOOR, BROOKLYN, NY, 11204. Any lawful purpose.

Notice of Formation of **LUCK DESIGN LLC.** Arts. Of Org. filed with SSNY on 07/27/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 11 KINGS PLACE, APT 7A, BROOKLYN, NY, 11223. Any lawful purpose.

Notice of Formation of **POSITION DESIGN STUDIO LLC.** Arts. of Org. filed with SSNY on 04/06/2023.Office location: New York SSNY desg. as agent of PLLC upon whom process against it may be served SSNY mail process to 228 PARK AVE S #953745, NEW YORK, NY, 10003. Any lawful purpose.

Notice of Qual. of **ANEMONE 7323 CLEAN ENERGY LLC** Auth. filed with SSNY on 09/01/2023. location: Kings. LLC formed in DE on 08/31/2023. SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to: C/O URBAN FUTURE LAB. 370 JAY ST, 7TH FL, BROOKLYN, NY, 11201. Arts. of Org. filed with DE SOS. Townsend Bldg. Dover, DE 19901. Any lawful purpose.

Notice of Formation of **TLJ CENTEREACH LLC.** Arts. of Org. filed with SSNY on 08/29/2023. Office location: Suffolk SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 46 E MAIN ST, SMITHTOWN, NY, 11787. Any lawful purpose.

Notice of Formation of **11 LINCKLAEN, LLC.** Arts. Of Org. filed with SSNY on 08/31/2023. Office location: Madison SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 5561 RATHBUN ROAD, CAZENOVIA, NY, 13035. Any lawful purpose.

Notice of Formation of **130 DIKEMAN STREET LLC** Arts. Of Org. filed with SSNY on 04/04/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 30 MAIN STREET, APT 6F, BROOKLYN, NY, 11201. Any lawful purpose.

Notice of Formation of **442 BAY ST LLC** Arts. Of Org. filed with SSNY on 08/29/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 8220 COLONIAL ROAD, BROOKLYN, NY, 11209. Any lawful purpose.

**Amplify With Ampaw LLC.** filed with the Secretary of State of New York (SSNY) on 05/11/2023. Office: Bronx County. Vasquez Sagarra LLP. designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to Registered Agents Inc. 5 West 37th Street, Suite 6003, New York, NY, 10018. Purpose: Any lawful purpose.

Notice of Formation of **Fashionable Living NYC, LLC** filed with SSNY on 5/14/23. Office: New York County, SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail copy of process to LLC: 243 W 15th st, #1FW, New York, NY 10011. Purpose: any lawful act or activity.

Notice of Formation of **406 Owner, LLC** filed with SSNY on September 1st, 2023. Office: New York County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail a copy of the process to LLC: 109 East 9th Street, Storefront, New York, NY 10003. Purpose: any lawful act or activity.

Notice of Formation of **SPI PLUMBING, LLC.** Arts. Of Org. filed with SSNY on 11/14/2022. Office location: Richmond SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process 793 FR CAPODANNO BLVD, STATEN ISLAND, NY, 10305. Any lawful purpose.

**RICHARD ARIZA, DDS, PLLC** Art. Of Org. Filed Sec. of State of NY 8/31/2023. Off. Loc.: Monroe Co. SSNY designated as agent upon whom process against it may be served. SSNY to mail copy of process to The PLLC, 563 Highknocker Trail, Green Lake, WI 54941-9634, USA. Purpose: The Profession of Dentistry.

Notice of Formation of **3613 PROPERTY LLC.** Arts. Of Org. filed with SSNY on 09/06/2023. Office location: Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 8618 5TH AVE, BROOKLYN, NY, 11209. Any lawful purpose.

STATE OF SOUTH CAROLINA COUNTY OF BEAUFORT IN THE PROBATE COURT CASE NO. 2023-ES-07-00011 IN THE MATTER OF THE ESTATE OF GREGORY HYETT HALL, Decedent TRAVIS HUSTON, Petitioner Vs. DANA HALL, Respondent. TO RESPONDENT LISTED ABOVE: YOU ARE HEREBY SUMMONED and required to answer the Petition for Formal Appointment in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer upon the Petitioner(s) listed above at the following address(es): Cheryl V. Doe, Esquire, Post Office Box 2478, Beaufort, South Carolina 29901. Your Answer must be served on the Petitioner at the above address within thirty (30) days after the service of this Amended Summons and Petition upon you; exclusive of the day of such service; and if you fail to answer the Petition within that time, judgement by default will be rendered against you for the relief demanded in the Petition. NOTICE IS HEREBY GIVEN THAT A HEARING IS SCHEDULED IN THIS MATTER. DATE: OCTOBER 25, 2023 at 10:30 a.m.; PLACE: 102 RIBAUT RD., ROOM 100,, BEAUFORT, SC 29902; PURPOSE OF HEARING: FOR THE APPOINTMENT OF TRAVIS HUSTON AS PERSONAL REPRESENTATIVE OF THE ESTATE. /s/ Cheryl V. Doe, SC BAR NO. 1714, cheryl@dorelawoffice.com DORE LAW OFFICE, LLC, Post Office Box 2478, Beaufort, SC 29901; Phone: 843-522-9112

Notice of Formation of **FU HAO MANAGEMENT, LLC.** Arts. Of Org. filed with SSNY on 04/05/2006. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 20 CONFUCIUS PLAZA, APT 10B, NEW YORK, NY, 10002. Any lawful purpose.

Notice of Formation of Nurtured **Beginnings LCSW Therapy, PLLC.** Art. Of Org. filed with SSNY Secretary of State NY (SSNY) 02/17/23. Office: Chemung County. SSNY designated agent upon whom process may be served and shall mail copy of process against PLLC to principal business address: 902 W. Broad St. Horseheads, NY 14845. Purpose: To practice clinical social work, or any lawful activity.

**466 Emerald City LLC.** Filed 9/15/23. Office: Kings Co. SSNY desig. as agent for process & shall mail to: 418 Broadway, STE R, Albany, NY 12207. Purpose: Any lawful.

LEGAL NOTICE: MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST I, Mothana Maher Hussein, born on April 19, 1983, in Brooklyn, New York, declare myself a native New Yorker and a private American national, not a U.S. citizen, in accordance with the 1776 C.E. Constitution. I am the living grantor of the "MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST," established on September 19, 2023, with Trust Transfer Grant Deeds bearing serial numbers RE0238210 52US-1000.000 to RE02382 1052US-9999.999, exclusively for the trust's benefit. The Office of Grantor's mailing address is P.O. Box 61413, Staten Island, New York. This notice serves as a call to respond within 28 days or take appropriate action.

Notice of Formation of **ORELHA LLC** Arts. of Org. filed with Secy. of State of NY (SSNY) on 09/20/23. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to M. Nader Ahari, 200 Park Ave, South, Ste. 1608, NY, NY 10003. Purpose: Any lawful activity.

Notice of Formation of **LANDING PAGE LLC.** Arts. Of Org. filed with SSNY on 04/22/2022. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to P.O BOX 50036, BROOKLYN, NY, 11205. Any lawful purpose.

Notice of Formation of **NICHE SALON LLC.** Arts. Of Org. filed with SSNY on 09/15/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 578 MORGAN AVE, APT 3, BROOKLYN, NY, 11222. Any lawful purpose.

Notice of Formation of **ENZO FARMS LLC** Arts. Of Org. filed with SSNY on 09/14/2023. Office location: Montgomery SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 110 BARBARA LANE, AMSTERDAM, NY, 12020. Any lawful purpose.

Notice of Formation of **SHORT RIDGE LONG LAKE LLC.** Arts. Of Org. filed with SSNY on 09/11/2023. Office location Hamilton SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to PO BOX 95, LONG LAKE, NY 12847. Any lawful purpose.

Notice of Formation of **Schimek Towing & Hauling, LLC** filed with SSNY on 07/25/2023. Office: Niagara County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail copy of process to LLC: Michelle Bailey 7547 Chestnut Ridge Rd. Lockport NY 14094. Purpose: any lawful act or activity.

LEGALNOTICES@ CITYANDSTATENY.COM

SUPPLEMENTAL PROBATE CITATION SURROGATE'S COURT - NEW YORK COUNTY SUPPLEMENTAL CITATION FILE NO. 2022-4654 THE PEOPLE OF THE STATE OF NEW YORK, By the Grace of God Free and Independent TO David Maurer Stephen A. Merkel, if living, or if dead, to his heirs at law, next of kin and distributees whose names and places of residence are unknown, and if he died subsequent to the decedent herein, to his executors, administrators, legatees, devisees, assignees and successors in interest whose name and places of residence are unknown and to all other heirs at law, next of kin and distributees of John B. Maurer, the decedent herein, whose names and places of residence are unknown and cannot after diligent inquiry be ascertained. A second petition having been duly filed by Kevin Dumas, who is domiciled at 28 Old Park Lane, New Milford, CT 06776 YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, NEW YORK County, at 31 Chambers Street, New York, on October 23rd, 2023, at 9:30 o'clock in the FORE noon of that day, why a decree should not be made in the estate of John B. Maurer lately domiciled at 405 E. 54th Street, Apt. 12A, New York, NY 10022 admitting to probate a Will dated September 17, 2014,(Codicil(s) dated September 2, 2021). A copy of which is attached, as the Will of John B. Maurer deceased, relating to real and personal property, and directing that [X] Letters Testamentary issue to: Kevin Dumas [ ] Letters of Trusteeship issue to: [ ] Letters of Administration c.t.a. issue to (State any further relief requested) * To all Parties: No in person appearances shall be made at the return date. If you wish to object to this matter, you may do so in writing in accordance with the annexed New York County Surrogate's Court Notice to the Cited Parties HON. Rita Mella, Surrogate, Diana Sanabria, Chief Clerk, September 8th, 2023, Dated, Attested, and Sealed. Benjamin Mellors, Attorney for Petitioner, 216-548-0776, Telephone Number, 1542 Leland Avenue, Bronx, NY 10460, Address of Attorney. benmellors@gmail.com, E-mail Address of Attorney. [NOTE: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney appear for you.] P-5 (10/96) SURROGATE'S COURT OF THE COUNTY OF NEW YORK, 31 CHAMBERS STREET, NEW YORK, NY 10007, (646)386-5800 NOTICE TO CITED PARTIES: You have been served with a citation for a matter that is scheduled to be heard at a New York County Surrogate's Court calendar. Please be advised that pursuant to Governor Andrew Cuomo's Executive Orders and Chief Administrative Judge Lawrence Marks' Administrative Orders now in effect in response to the COVID-19 pandemic, this court is serving the public and court users primarily through virtual or electronic appearances; in-person appearances are limited at this time. The citation that you have received contains a return date. Please do not appear in the courthouse on that date. The following choices are available to you: - If you do not object to the relief requested, you do not need to contact the court or do anything else. - If you do object to the relief sought on the citation, you or your lawyer must send a document to the court signed by you or your lawyer indicating that: 1. Your object to the relief or you are requesting discovery; OR 2. You are requesting the opportunity to appear in person or by using Skype for Business or by telephone conference; OR 3. You are requesting an adjournment to consult with or retain counsel. Your written response must be received by the court three (3) business days before the return date and must include either an email address or telephone number, or both, where you or your lawyer can be reached during business hours. Your communication to the court may be sent by email to: Probate_General@nycourts.gov or by mail addressed to the Probate Department of this court at the address listed above. The attorney for the petitioner must be copied in your communication. If your written communication to the court indicates that you would like to proceed as described in choice number 1 above, your case may be referred to a court attorney-referee for a conference. The case will be adjourned to a future date, if you request the opportunity to appear in person or by electronic means or to consult or retain counsel (choices number 2 and 3). If you do not contact the court by the date on the citation, the record will reflect that you do not object to the relief requested. If an attorney plans to appear on your behalf, he or she must filed a Notice of Appearance. This Notice may be mailed addressed to the Probate Department of this court at the address listed above or through the e-filing system (NYSCEF), at www. Nycourts. gov/efile. If you have questions about responding to the citation, you may contact the Probate Department at Probate_General@nycourts.gov. Please note that court staff are prohibited from giving legal advice but they are available to answer any questions about procedure. The Probate Department of the New York County Surrogate's Court

---

STATE OF SOUTH CAROLINA COUNTY OF BEAUFORT IN THE PROBATE COURT CASE NO. 2023-ES-07-00011 IN THE MATTER OF THE ESTATE OF GREGORY HYETT HALL, Decedent TRAVIS HUSTON, Petitioner Vs. DANA HALL, Respondent. TO RESPONDENT LISTED ABOVE: YOU ARE HEREBY SUMMONED and required to answer the Petition for Formal Appointment in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer upon the Petitioner(s) listed above at the following address(es): Cheryl V. Doe, Esquire, Post Office Box 2478, Beaufort, South Carolina 29901. Your Answer must be served on the Petitioner at the above address within thirty (30) days after the service of this Amended Summons and Petition upon you; exclusive of the day of such service; and if you fail to answer the Petition within that time, judgement by default will be rendered against you for the relief demanded in the Petition. NOTICE IS HEREBY GIVEN THAT A HEARING IS SCHEDULED IN THIS MATTER. DATE: OCTOBER 25, 2023 at 10:30 a.m.; PLACE: 102 RIBAUT RD., ROOM 100,, BEAUFORT, SC 29902; PURPOSE OF HEARING: FOR THE APPOINTMENT OF TRAVIS HUSTON AS PERSONAL REPRESENTATIVE OF THE ESTATE. /s/ Cheryl V. Doe, SC BAR NO. 1714, cheryl@dorelawoffice.com DORE LAW OFFICE, LLC, Post Office Box 2478, Beaufort, SC 29901; Phone: 843-522-9112

---

Notice of Formation of FU HAO MANAGEMENT, LLC. Arts. Of Org. filed with SSNY on 04/05/2006. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 20 CONFUCIUS PLAZA, 28 LIBERTY STREET, NEW YORK, NY 10005. Any lawful purpose.

LEGALNOTICES@ CITYANDSTATENY.COM

---

Notice of Formation of Nurtured Beginnings LCSW Therapy, PLLC. Art. Of Org. filed with NY Secretary of State (SSNY) 02/17/23. Office: Chemung County. SSNY designated agent upon whom process may be served and shall mail copy of process against PLLC to principal business address: 902 W. Broad St, Horseheads, NY 14845. Purpose: To practice clinical social work, or any lawful activity.

---

466 Emerald City LLC. Filed 9/15/23. Office: Kings Co. SSNY desig. as agent for process & shall mail to: 418 Broadway, STE R, Albany, NY 12207. Purpose: Any lawful.

---

LEGAL NOTICE: MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST I, Mothana Maher Hussein, born on April 19, 1983, in Brooklyn, New York, declare myself a native New Yorker and a private American national, not a U.S. citizen, in accordance with the 1776 C.E. Constitution. I am the living grantor of the "MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST," established on September 19, 2023, with Trust Transfer Grant Deeds bearing serial numbers RE0238210 52US-1000.000 to RE02382 1052US-9999.999, exclusively for the trust's benefit. The Office of Grantor's mailing address is P.O. Box 61413, Staten Island, New York. This notice serves as a call to respond within 28 days or take appropriate action.

---

Notice of Formation of ORELHA LLC Arts. of Org. filed with Secy. of State of NY (SSNY) on 09/20/23. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: M. Nader Ahari, 200 Park Ave. South, Ste. 1608, NY, NY 10003. Purpose: Any lawful activity.

LEGALNOTICES@ CITYANDSTATENY.COM

---

Notice of Formation of LANDING PAGE LLC. Arts. Of Org. filed with SSNY on 04/22/2022. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to P.O BOX 50036, BROOKLYN, NY, 11205. Any lawful purpose.

---

Notice of Formation of NICHE SALON LLC. Arts. Of Org. filed with SSNY on 09/15/2023. Office location Kings SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to 578 MORGAN AVE, APT 3, BROOKLYN, NY, 11222. Any lawful purpose.

---

Notice of Formation of ENZO FARMS LLC. Arts. Of Org. filed with SSNY on 09/14/2023.Office location: Montgomery SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 110 BARBARA LANE, AMSTERDAM, NY, 12020. Any lawful purpose.

---

Notice of Formation of SHORT RIDGE LONG LAKE LLC. Arts. Of Org. filed with SSNY on 09/11/2023. Office location Hamilton SSNY desg. As agent of LLC upon whom process against it may be served SSNY mail process to PO BOX 95, LONG LAKE, NY 12847. Any lawful purpose.

---

Notice of Formation of Schimek Towing & Hauling, LLC filed with SSNY on 07/25/2023. Office: Niagara County. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail copy of process to LLC: Michelle Bailey 7547 Chestnut Ridge Rd. Lockport NY 14094. Purpose: any lawful act or activity.

LEGALNOTICES@ CITYANDSTATENY.COM

---

ZLopez Properties LLC. Arts. of Org. filed with the SSNY on 05/23/23. Office: Westchester County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail a copy of the process to the LLC, 75 Prospect Ave White Plains NY 10607. Any lawful purpose.

---

WOODVIEW LAND ACQUISITION, LLC Art. Of Org. Filed Sec. of State of NY 9/15/2023. Off. Loc. : Chenango Co. SSNY designated as agent upon whom process against it may be served. SSNY to mail copy of process to the LLC, 813 County Road 3A, Greene, NY 13778, USA. Purpose: Any lawful act or activity.

---

Notice of Formation of CVS IPA OF NEW YORK, LLC. Arts. of Org. filed with SSNY on 09/15/2023. Office location: New York SSNY desg. as agent of LLC upon whom process against it may be served. SSNY mail process to 28 LIBERTY STREET, NEW YORK, NY 10005. Any lawful purpose.

LEGALNOTICES@ CITYANDSTATENY.COM



**An Independent Weekly Newspaper**

State of New York

Ss:

County of New York

I, Sean Medal solemnly swear that I am the Legal Advertising Associate of City & State, published in the English language in the County of New York, State of New York, and that from my own personal knowledge and reference to the files of said publication the attached Legal Notice was published on the following dates:

-     9/25/2023
-     10/2/2023
-     10/9/2023
-     10/16/2023

*Sean Medal*

Sean Medal

Subscribed and sworn to before me

This 16th day of October, 2023

OSMAR CEDENO
Notary Public - State of New York
NO. 01CE6443611
Qualified in Kings County
My Commission Expires Nov 7, 2026

LEGAL NOTICE: MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST I, Mothana Maher Hussein, born on April 19, 1983, in Brooklyn, New York, declare myself a native New Yorker and a private American national, not a U.S. citizen, in accordance with the 1776 C.E. Constitution. I am the living grantor of the "MOTHANA MAHER HUSSEIN LIVING ESTATE TRUST," established on September 19, 2023, with Trust Transfer Grant Deeds bearing serial numbers RE0238210 52US-1000.000 to RE02382 1052US-9999.999, exclusively for the trust's benefit. The Office of Grantor's mailing address is P.O. Box 61413, Staten Island, New York. This notice serves as a call to respond within 28 days or take appropriate action.

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

[RE0238210521'S|I005|[###]

**Claimant:**
Hussein, Mothana-Maher:
Private American National NonCitizen of The
United States of America
In Care of: post office box 61413
Staten Island, New York 10306

**Respondent:**
Gretchen Van Wye, PhD.MA
Occupant of the Office of
Bureau of Vital Statistics,
In Care of: Agent, successors and assigns
located at
Bureau of Vital Statistics
125 Worth St. 2nd Fl.
New York, NY 10013
PS FORM 3800# 7020 1610 0009 9277 1863
PSForm3811#9590 9402 7512 2098 5026 47

**Respondent:**
Letitia Ann James
Occupant of the Office of the
New York State Attorney General,
In Care of: Agent, successors and assigns
located at
Office of the New York State Attorney
General
The Capitol
Albany, NY 12224-0341
PS FORM 3800# 7021 0350 0000 7702 1070
PSForm3811#9590 9402 2421 6249 4522 43

**Respondent:**
Deb Anne Haaland
Occupant of the Office of the U.S.
Department of the Interior
In Care of: Agent, successors and assigns
located at
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240
PS FORM 3800# 7022 1670 0001 6680 7629
PSForm3811#9590 9402 7274 1284 7452 12

**Respondent:**
Gina Marie Raimondo
Occupant of the Office of the U.S.
Department of Commerce
In Care of: Agent, successors and assigns
located at
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230
PS FORM 3800#7022 1670 0001 6680 7612
PSForm3811#9590 9402 7274 1284 7452 29

**Respondent:**
Thomas James Vilsack
Occupant of the Office of the
U.S. Department of Agriculture
In Care of: Agent, successors and assigns
located at
U.S. Department of Agriculture General
1400 Independence Ave, S.W.
Washington, DC 20250
PS FORM 3800#7022 1670 0001 6680 7605
PSForm3811#9590 9402 7274 1284 7452 36

**Respondent:**
Xavier Becerra
Occupant of the Office of the U.S.
Department of Health and Human
Services In Care of: Agent, successors and
assigns located at
U.S. Department of Health and Human
Services
200 Independence Avenue, S.W.
Washington, DC 20201
PS FORM 3800# 7022 1670 0001 6680 7599
PSForm3811#9590 9402 7274 1284 7452 43

**Respondent:**
Julie A. Su
Occupant of the Office of U.S. Department
of Labor, In Care of: Agent, successors and
assigns located at
U.S. Department of Labor
Secretary of Labor
S-2521
200 Constitution Ave NW
Washington, DC 20210
PS FORM 3800# 7022 1670 0001 6680 7582
PSForm3811#9590 9402 7274 1284 7452 67

**Respondent:**
Antony John Blinken
Occupant of the Office of the United States
Department of State, In Care of: Agent,
successors and assigns located at
U.S. Department of State
44132 Mercure Cir
PO BOX 1122
Sterling, VA 20166-1122
PS FORM 3800# 7022 1670 0001 6680 7568
PSForm3811#9590 9402 7274 1284 7452 74

**Respondent:**
Alejandro Nicholas Mayorkas
Occupant of the Office of
U.S. Department of Homeland Security
In Care of: Agent, successors and assigns
located at
Secretary of Homeland Security
Washington, DC 20528
PS FORM 3800#7022 1670 0001 6680 7551
PSForm3811#9590 9402 7274 1284 7452 81

**Respondent:**
Whitney A. Clarke
Occupant of the Office of
New York State Department of State
In Care of: Agent, successors and assigns
located at
Division of Licensing Services,
P.O. Box 22001
Albany, NY 12201-2001
PS FORM 3800# 7022 1670 0001 6680 7636
PSForm3811#9590 9402 7274 1284 7451 99

**Respondent:**
Charles Paul Rettig
Occupant of the Office of the
Internal Revenue Service,
In Care of: Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224
PS FORM 3800# 7022 1670 0001 6680 7537
PSForm3811#9590 9402 7274 1284 7453 04

**Respondent:**
Michael McSweeney
Occupant of the Office of The City Clerk,
Clerk of the Council of the City of New York
In Care of: Agent, successors and assigns
located at
Executive Office
141 Worth Street
New York, NY 10013
PS FORM 3800# 7021 0350 0000 7702 1106
PSForm3811#9590 9402 2421 6249 4522 05

**Respondent:**
Joseph Robinette Biden Jr.
Occupant of the Executive Office of the
President of the United States
In Care of: Agent, successors and assigns
located at
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
PS FORM 3800# 7021 0350 0000 7702 1308
PSForm3811#9590 9402 7274 1284 7453 28

**Respondent:**
Milton Tingling
Occupant of the Office of the
New York County Courthouse,
In Care of: Agent, successors and assigns
located at
60 Centre Street, Room 161
New York, NY 10007
646-386-5955
PS FORM 3800# 7022 1670 0001 6680 7643
PSForm3811#9590 9402 7274 1284 7452 05

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification** [RE023821052US][1005][###]

Service by and Respond to (disinterested 3rd party):Fatima Yahya, Notary Public: c/o 2562 Hylan Boulevard Staten Island, New York 10306

**SUBJECT: REGARDING**

1. All Account Numbers pertaining to
   a. CERTIFICATE OF BIRTH: 156-83-310328 WITH THE NAME: HUSSEIN, MOTHANA MAHER
   b. CLERK OF THE COUNTY OF NEW YORK AUTH#75607
   c. NEW YORK STATE DEPARTMENT OF STATE#1776383
   d. UNITED STATES DEPARTMENT OF STATE#22037825-1
2. All Account Numbers pertaining to
   a. CERTIFICATE OF BIRTH: 156-90-041186 WITH THE NAME: YAHYA, FATIMA AHMED
   b. CLERK OF THE COUNTY OF NEW YORK AUTH#75601
   c. NEW YORK STATE DEPARTMENT OF STATE#1776392
   d. UNITED STATES DEPARTMENT OF STATE#22037825-2
3. All Account Numbers pertaining to
   a. CERTIFICATE OF BIRTH: 156-19-024389 WITH THE NAME: MOTHANA, AIDEN
   b. CLERK OF THE COUNTY OF NEW YORK AUTH#765593
   c. NEW YORK STATE DEPARTMENT OF STATE#1776397
   d. UNITED STATES DEPARTMENT OF STATE#22037825-3
4. All Account Numbers pertaining to
   a. CERTIFICATE OF MARRIAGE REGISTRATION NUMBER: B-2022-61/ B-2017-4014/S0038701/Certified#000289 WITH THE NAME: MOTHANA MAHER HUSSEIN & FATIMA AHMED YAHYA
   b. CLERK OF THE COUNTY OF NEW YORK AUTH#770983
   c. NEW YORK STATE DEPARTMENT OF STATE#1792607
   d. UNITED STATES DEPARTMENT OF STATE#22038023-1


1) PRIORITY INTEREST NOTICE
2) PRIVATE TRUST DECLARATION
3) APPOINTMENT NOTIFICATION
4) ORIGINAL PRIVATE
5) TITLE DEEDS DEPOSIT NOTICE
6) NOTICE OF PRIVATE LAWFUL CONSIDERATION BY PRIVATE AMERICAN NATIONAL NONCITIZEN OF THE UNITED STATES OF AMERICA

Dear **Gretchen Van Wye, Milton Tingling, Whitney A. Clarke, Michael McSweeney,** and **Antony John Blinken.**
I am writing in reference to the above referenced Account Numbers and held under each subsequent name thereof henceforth referred to as the "Accounts". I would like to bring the following matters to your attention:

- Priority Interest Notice: I wish to inform you of my priority interest concerning the mentioned Account.
- Private Trust Declaration: I am expressing the establishment of a private trust in relation to the Account.
- Appointment Notification: I hereby notify you of my appointment as the trustee for the Account.
- Original Private Title Deeds Deposit Notice: I would like to make you aware of the deposit of the original private title deeds associated with the Account.
- Notice of Private Lawful Consideration: It is important to note that I, as a private American national noncitizen of the United States of America, am approaching this matter with consideration under private lawful standards.

I extend my greetings to you, **Gretchen Van Wye, Milton Tingling, Whitney A. Clarke, Michael McSweeney,** and **Antony John Blinken.** I am asserting my role as the sole real party in interest, acting as a third-party intervener, representing the Hussein family, hereinafter referred to as the "Beneficiary". The Beneficiary maintains a private residence within the state of New York, part of the union, in an area not subject to military occupation, and outside the scope of the "Federal Zone" as defined by the "United States". By virtue of the constitutionally protected status as a Private National Citizen of The United States of America, as amended in 1791, the Beneficiary is not subject to the current provisional "emergency" War Powers martial due process of the United States and the martial due process of the several states as governed by the congressionally-amended "Trading With the Enemy Act" and "The Emergency Banking Relief Act" (12 U.S.C. 95a and 50 U.S.C. App. 5(b)), both enacted on March 9, 1933.

I would like to emphasize that Beneficiary's rights are shielded by constitutional provisions, and he is not subjected to the aforementioned emergency powers. The Beneficiary asserts his true ownership rights, based on principles of equity, over the Account, which has been accessed without prior notification of any superior, equal, or prior interest—whether legal or equitable—and without consent, and without adherence to civilian due process of law. Beneficiary hereby notifies you of his priority interest in the Account and provides notice of the enclosed document, which serves the purpose of inquiry and protection of natural rights in relation to the Account.

Beneficiary is also aware that a private equitable title labeled as RE023821052US-**1005** is assigned to the Account, along with all associated information, proceeds, interests, and assets, as indicated in the records of the Richmond County Office of the Recorder. A copy of this record is provided as an attachment herewith.

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification** [REO23821052US][1005]-[###]

It is worth noting that trust law has been integral to our nation's history and remains fundamental, particularly in the realm of banking law. I am well-informed on methods to enforce this trust, including the possibility of initiating a special proceeding in Federal Court if deemed necessary. However, I trust that a responsible and lawful organization would handle this matter appropriately and give due consideration to the matters outlined in this communication. It is crucial to bring to your attention that a breach of trust carries significant implications for all genuine parties of interest. The Beneficiary firmly emphasizes that, under no circumstances, does he consent to the release of any records related to the Account without adhering to civilian due process of law. Such actions would constitute a breach of the private express trust established herein.

Regarding the Appointment Notification, I, exercising my inherent power of appointment, hereby designate:

- **Gretchen Van Wye**, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  **BUREAU OF VITAL STATISTICS/ Bureau of Vital Records, Department of health , of the City of New York,**
- **Milton Tingling**, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  **NEW YORK COUNTY COURTHOUSE**
- **Whitney A. Clarke**, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  **NEW YORK STATE DEPARTMENT OF STATE, DIVISION OF LICENSING SERVICES**
- **Michael McSweeney**, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  **THE CITY CLERK, CLERK OF THE COUNCIL OF THE CITY OF NEW YORK**
- **Antony John Blinken**, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  **UNITED STATES DEPARTMENT OF STATE**

as the private express trustee for the ledger, information, proceeds, interests, and assets of the mentioned Account. I am depositing these assets with the Agent of said Office. You have a period of ten (10) days to disclaim the trust outlined in this document. Failure to do so within the stipulated timeframe will be considered as an admission and acceptance of the trust. The fundamental objective of this trust is to safeguard it from third parties not affiliated with the trust and to return all trust assets to the Beneficiary. The trust shall be named the "REO23821052US Trust". Yours sincerely,

/l.s./ _____

Hussein, Mothana Maher- Without Prejudice, Without Recourse, given for a Patent Right

State of New York _____}
                              }affirmed and scribed.
County of Richmond            }

On this 13th day of September 2023 before me, a Notary Public in and for the State of New York, personally appeared: Mothana-Maher Hussein Known to me personally to be the person whose name is subscribed to the within instrument, and acknowledged that he/ executed the same for the purposes therein contained.

/s/ _____
        Fatima Yahya – Notary Public  (Seal:)

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6221239
Qualified in RICHMOND County
Commission Expires 04/26/2026

<u>Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration</u>
<u>Notification</u>                                                                                                    [RE0238210052US][1005]-[###]

# Annex A
## NOTICE OF ACKNOWLEDGMENT AND ACCEPTANCE OF CONSIDERATION

<u>To:</u>
Gretchen Van Wye
In Care of: Agent located at
 BUREAU OF VITAL STATISTICS
125 Worth Street, 2nd Fl
New York, NY 10013

Milton Tingling, the incumbent of the
Office of Commissioner and Assistant
Commissioner of the
NEW YORK COUNTY COURTHOUSE
60 Centre Street, Room 161, New York,
NY 10007



Whitney A. Clarke, the incumbent of the
Office of Commissioner and Assistant
Commissioner of the
NEW YORK STATE DEPARTMENT OF
STATE, DIVISION OF LICENSING
SERVICES
P.O. Box 22001, Albany, NY 12201-2001

Administrators as implied grantors, hereinafter "Grantors"

Michael McSweeney
Occupant of the Office of The City Clerk,
Clerk of the Council of the City of New
York In Care of: Agent, successors and
assigns located at
Executive Office
141 Worth Street
New York, NY 10013

Antony John Blinken, the incumbent of
the Office of Commissioner and Assistant
Commissioner of the
UNITED STATES DEPARTMENT OF
STATE
44132 Mercure Cir
PO BOX 1122, Sterling, VA 20166-1122

Sender: **Hussein, Mothana Maher,** designated recipient of the rights herein, a private American Citizen of the United States, currently in private and exclusive residence within the boundaries of the state of New York, specifically located in Richmond County. This residence exists beyond the confines of a "Federal Zone" and stands within a privately owned non-militarized estate. It is important to clarify that this estate is not subject to the jurisdiction of the United States. Furthermore, I am recognized as the heir/cestui que of the entity **"MOTHANA MAHER HUSSEIN,"** duly registered within the framework of the State of New York.
Subject: Regarding
    **1.**  All Account Numbers pertaining to
        a.  CERTIFICATE OF BIRTH: 156-83-310328 WITH THE NAME: HUSSEIN, MOTHANA MAHER
        b.  CLERK OF THE COUNTY OF NEW YORK AUTH#75607
        c.  NEW YORK STATE DEPARTMENT OF STATE#1776383
        d.  UNITED STATES DEPARTMENT OF STATE#22037825-1
    **2.**  All Account Numbers pertaining to
        a.  CERTIFICATE OF BIRTH: 156-90-041186 WITH THE NAME: YAHYA, FATIMA AHMED
        b.  CLERK OF THE COUNTY OF NEW YORK AUTH#75601
        c.  NEW YORK STATE DEPARTMENT OF STATE#1776392

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**                                    [RE02382IO52US][1005]-[###]

    d.  UNITED STATES DEPARTMENT OF STATE#22037825-2

**3.**  All Account Numbers pertaining to
    a.  CERTIFICATE OF BIRTH: 156-19-024389 WITH THE NAME: MOTHANA, AIDEN
    b.  CLERK OF THE COUNTY OF NEW YORK AUTH#765593
    c.  NEW YORK STATE DEPARTMENT OF STATE#1776397
    d.  UNITED STATES DEPARTMENT OF STATE#22037825-3

**4.**  All Account Numbers pertaining to
    a.  CERTIFICATE OF MARRIAGE REGISTRATION NUMBER: B-2022-61/ B-2017-4014/S0038701/Certified#000289
        WITH THE NAME: MOTHANA MAHER HUSSEIN & FATIMA AHMED YAHYA
    b.  CLERK OF THE COUNTY OF NEW YORK AUTH#770983
    c.  NEW YORK STATE DEPARTMENT OF STATE#1792607

held under the administration of

- Gretchen Van Wye, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  BUREAU OF VITAL STATISTICS/ Bureau of Vital Records, Department of health , of the City of New York,
  125 Worth St. 2nd Fl. New York, NY 10013
- Milton Tingling, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  NEW YORK COUNTY COURTHOUSE
  60 Centre Street, Room 161, New York, NY 10007
- Witney A. Clarke, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  NEW YORK STATE DEPARTMENT OF STATE, DIVISION OF LICENSING SERVICES
  P.O. Box 22001, Albany, NY 12201-2001
- Michael McSweeney the incumbent of the Office of
  THE CITY CLERK, CLERK OF THE COUNCIL OF THE CITY OF NEW YORK
  Executive Office
  141 Worth Street
  New York, NY 10013
- Antony John Blinken, the incumbent of the Office of Commissioner and Assistant Commissioner of the
  UNITED STATES DEPARTMENT OF STATE
  44132 Mercure Cir
  PO BOX 1122, Sterling, VA 20166-1122

as a representative of the aforementioned, hereinafter referred to as the "ACCOUNT."

**PRIVATE – SPECIFIC – CONFIDENTIAL – LIMITED – PROPRIETARY – PRIVILEGED – PRIORITY**

I, the undersigned, Hussein, Mothana Maher, the designated recipient of the rights outlined herein, and a private American Citizen of the United States of America, hereby embark upon this voluntary and intentional act and Deed to formally acknowledge and accept the absolute ownership of the aforementioned ACCOUNT, alongside all its corresponding attachments and associated assets. This Deed is subject to the guiding principles of Equity, encapsulated by the following Maxims: "Equity will not support a volunteer; Equity will not perfect an incomplete gift; Equity considers as accomplished that which ought to have been done; the First in chronological order shall take precedence; in cases of equal equities, the law shall prevail." This Deed effectively prevents any prospective, legitimate purchasers for value, who might be unaware of these rights, from transacting under the principles of Equity.

As the designated recipient, I now assume the position of Grantee, acquiring full and absolute ownership rights in the aforementioned ACCOUNT. I hereby retitle the ACCOUNT as RE02382IO52US, assigning a new and private title to it.

Executed through my own volition, by my own choice, and through this formal Deed, attested by my signature and seal:

===========================================

Hussein, Mothana-Maher:, grantee
Private American non-Citizen of the United States of America.
Privately residing/domiciling outside a "Federal Zone" within a non-military occupied private estate within a union member state.
Mail In Care Of:
2562 Hylan Boulevard Suite 61413, Staten Island
State of New York. [Postal Code 10306]
The United States of America. Without Prejudice, Without Recourse,
Given for a Patent Right.

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration**
**Notification**                                                                              [RE023821052US][1005][-###]

FOR AND IN SUFFICIENT PRIVATE LAWFUL CONSIDERATION OF
All Account Numbers pertaining to

- a. CERTIFICATE OF BIRTH: 156-83-310328 WITH THE NAME: HUSSEIN, MOTHANA MAHER
- b. CLERK OF THE COUNTY OF NEW YORK AUTH#75607
- c. NEW YORK STATE DEPARTMENT OF STATE#1776383
- d. UNITED STATES DEPARTMENT OF STATE#22037825-1
- e. CERTIFICATE OF BIRTH: 156-90-041186 WITH THE NAME: YAHYA, FATIMA AHMED
- f. CLERK OF THE COUNTY OF NEW YORK AUTH#75601
- g. NEW YORK STATE DEPARTMENT OF STATE#1776392
- h. UNITED STATES DEPARTMENT OF STATE#22037825-2
- i. CERTIFICATE OF BIRTH: 156-19-024389 WITH THE NAME: MOTHANA, AIDEN
- j. CLERK OF THE COUNTY OF NEW YORK AUTH#765593
- k. NEW YORK STATE DEPARTMENT OF STATE#1776397
- l. UNITED STATES DEPARTMENT OF STATE#22037825-3
- m. CERTIFICATE OF MARRIAGE REGISTRATION NUMBER: B-2022-61/ B-2017-4014/S0038701/Certified#000289
  WITH THE NAME: MOTHANA MAHER HUSSEIN & FATIMA AHMED YAHYA
- n. CLERK OF THE COUNTY OF NEW YORK AUTH#770983
- o. NEW YORK STATE DEPARTMENT OF STATE#1792607

- EACH ACCOUNT ONE (1) ($1.00) PRIVATE DOLLAR LAWFUL CURRENCY OF THE UNITED STATES OF AMERICA
- EACH ACCOUNT ONCE (1) GRAM FINE SILVER
- EACH ACCOUNT ONE DOLLAR CANCELLED STAMP TENDERED BY AND RETURNED TO HUSSEIN, MOTHANA MAHER.

| | | |
|---|---|---|
| CERTIFICATE OF BIRTH" ACCOUNT# 156-83-310328 | D 9 0 4 8 2 4 4 8 C | RE023821052US – 1005.101 |
| CLERK OF THE COUNTY OF NEW YORK AUTH#75607 | E 5 1 8 7 3 8 6 1 H | RE023821052US – 1005.102 |
| NEW YORK STATE DEPARTMENT OF STATE#1776383 | F 3 5 4 0 0 0 6 6 D | RE023821052US – 1005.103 |
| UNITED STATES DEPARTMENT OF STATE#22037825-1 | H 7 9 6 8 6 0 2 7 A | RE023821052US – 1005.104 |
| CERTIFICATE OF BIRTH" ACCOUNT# 156-90-041186 | D 2 9 0 0 6 2 7 6 C | RE023821052US – 1005.201 |
| CLERK OF THE COUNTY OF NEW YORK AUTH#75601 | E 1 4 5 7 3 5 6 4 A | RE023821052US – 1005.202 |
| NEW YORK STATE DEPARTMENT OF STATE#1776392 | E 6 9 5 5 4 5 3 9 A | RE023821052US – 1005.203 |
| UNITED STATES DEPARTMENT OF STATE#22037825-2 | L 6 0 6 3 2 5 8 9 M | RE023821052US – 1005.204 |
| CERTIFICATE OF BIRTH" ACCOUNT# 156-19-024389 | F 1 2 1 3 7 8 8 0 P | RE023821052US – 1005.301 |
| CLERK OF THE COUNTY OF NEW YORK AUTH#765593 | L 6 4 5 9 5 5 6 0 S | RE023821052US – 1005.302 |
| NEW YORK STATE DEPARTMENT OF STATE#1776397 | G 0 6 4 2 3 0 6 8 E | RE023821052US – 1005.303 |
| UNITED STATES DEPARTMENT OF STATE#22037825-3 | L 8 0 3 7 1 6 7 2 A | RE023821052US – 1005.304 |

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

[RE023821052US][1005][###]

| | | |
|---|---|---|
| CERTIFICATE OF MARRIAGE ACCOUNT# B-2017-4014 | F 1 2 1 3 7 8 8 1 P | RE023821052US – 1005.401 |
| CLERK OF THE COUNTY OF NEW YORK AUTH#770983 | F 6 8 1 5 3 6 7 0 B | RE023821052US – 1005.402 |
| NEW YORK STATE DEPARTMENT OF STATE#1792607 | C 3 3 7 0 2 7 2 4 A | RE023821052US – 1005.403 |
| UNITED STATES DEPARTMENT OF STATE#22038023-1 | E 9 3 3 8 1 2 0 9 A | RE023821052US – 1005.404 |

DATE OF AUTOGRAPH: 18th day of September 2023

Hussein, Mothana-Maher:. GRANTEE/ GRANTOR.WITHOUT PREJUDICE. Private American non-Citizen of the United States of America. Privately Residing within a non-military occupied private estate, outside a "Federal District" not subject to the jurisdiction of the "United States". Agent without recourse to MOTHANA MAHER HUSSEIN of New York. Without Prejudice, Without Recourse, Given for a Patent Right.

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration
Notification** [RE0238210052US]-[1005]-[###]

# Annex B:
## Actual Notice of Deed of Conveyance of Special Deposit

**To:**

Gretchen Van Wye
In Care of: Agent located at
BUREAU OF VITAL STATISTICS
125 Worth Street, 2nd Fl
New York, NY 10013

Milton Tingling, the incumbent of the Office of
Commissioner and Assistant Commissioner of the
NEW YORK COUNTY COURTHOUSE
60 Centre Street, Room 161, New York, NY 10007

Witney A. Clarke, the incumbent of the Office of
Commissioner and Assistant Commissioner of the
NEW YORK STATE DEPARTMENT OF STATE,
DIVISION OF LICENSING SERVICES
P.O. Box 22001, Albany, NY 12201-2001

Michael McSweeney
Occupant of the Office of The City Clerk, Clerk of the
Council of the City of New York In Care of: Agent,
successors and assigns located at
Executive Office
141 Worth Street
New York, NY 10013

Antony John Blinken, the incumbent of the Office of
Commissioner and Assistant Commissioner of the
UNITED STATES DEPARTMENT OF STATE
44132 Mercure Cir
PO BOX 1122, Sterling, VA 20166-1122

**Trustee/Principal Hereinafter "Trustees"**

Sender: Hussein, Mothana Maher, now transitioning from grantee to grantor/settlor, a private citizen of the United States, currently residing in a private estate within the state of New York, Richmond County. This residence is non-militarized and stands outside the jurisdiction of the "United States".

Subject: Regarding Special Deposit RE0238210052US-**1005**

**PRIVATE – SPECIFIC – CONFIDENTIAL – LIMITED – PROPRIETARY – PRIVILEGED - PRIORITY**

Whereas I, the undersigned, **Hussein, Mothana Maher**, a private American Citizen of **The United States of America**, within a non-military occupied private estate not subject to the jurisdiction of the "United States," am recognized as the grantee of the designated property. I now re-title this property as RE0238210052US-**1005**. I now assume the role of grantor/settlor for the aforementioned special deposit/trust property: It is incumbent upon you to take note and acknowledge the following, with respect to the aforementioned Trustees, on this ___ day of ___ September ___ 2023:

A. I through my voluntary and deliberate action, grant, transfer, assign, and dispatch the original executed Certificate of Title of Special Deposit RE0238210052US-**1005** to trustee

B. **Gretchen Van Wye**, the incumbent of the Office of Commissioner and Assistant Commissioner of the representing BUREAU OF VITAL STATISTICS/ Bureau of Vital Records, Department of health , of the City of New York, 125 Worth St. New York, NY 10013

C. **Milton Tingling**, the incumbent of the Office of Commissioner and Assistant Commissioner of the representing NEW YORK COUNTY COURTHOUSE 60 Centre Street, Room 161, New York, NY 10007

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**                                                                                    [RE023821052US][1005][###]

D. **Whitney A Clark**,, the incumbent of the Office of Commissioner and Assistant Commissioner of the representing NEW YORK STATE DEPARTMENT OF STATE, DIVISION OF LICENSING SERVICES
P.O. Box 22001, Albany, NY 12201-2001

E. **Michael McSweeney**,, the incumbent of the Office of Commissioner and Assistant Commissioner of the representing THE CITY OF NEW YORK OFFICE OF THE CITY CLERK MARRIAGE LICENSE BUREAU
141 Worth Street, New York, NY 100013

F. **Antony John Blinken**,, the incumbent of the Office of Commissioner and Assistant Commissioner of the representing UNITED STATES DEPARTMENT OF STATE
44132 Mercure Cir
PO BOX 1122, Sterling, VA 20166-1122

G. This original executed title, **RE023821052US-1005**, alongside any attached special deposits, operates within the framework of the established special private trust relations known as " **RE023821052US-1005** Trust" (Guiding Maxim: "No trust can fail due to a lack of a trustee.").

H. I recognize the trustee's constitutional oath to carry out their responsibilities lawfully and in good faith for the beneficiary's benefit.

I. I grant, confer, and authorize substantial powers, indemnification, freedom, and limited authority, all governed by the Maxims of Equity, to the aforementioned Trustee. These actions are intended to facilitate the faithful execution and fulfillment of the settlor's private and lawful intent. This purpose encompasses preventing the abandonment of funds, extinguishing debt, settling and concluding matters, releasing collateral, enabling private use, possession, and enjoyment, and reaping benefits related to the previously identified private trust property. This property is designated for the benefit of the named beneficiary, "MOTHANA M HUSSEIN" FATIMA A YAHYA", and "AIDEN M MOTHANA," who are recognized as a private beneficial property of private Citizens of the United States of America.

J. I establish that the Account falls within the jurisdiction of one of the member states within the union, and furthermore, that the Account is exempt from the provisions of the "Emergency Banking Relief Act" and the amended "Trading with the Enemy Act" of 1933.

This is attested to and executed by my own hand and seal, with full intention, special purpose, voluntary action, and formal Deed:



===============================================
*Hussein, Mothana-Maher:*, grantee
Private American non-Citizen of the United States of America.Privately and specially residing/domiciling outside a "Federal Zone" within a non-military occupied private estate within a union member state. Without Prejudice, Without Recourse, Given for a Patent Right.

[RE02382105215]H005.1OI]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

## CERTIFICATE OF APPOINTMENT OF Gretchen Van Wye occupant of the Office of

the Bureau of Vital Statistics including all successors and assigns.

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Gretchen Van Wye Occupant of the Office of Bureau of Vital Statistics including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 125 Worth St. 2nd Fl. New York, NY 10013 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this _____, day of _____ 2023; I affirm seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

Page 10 of 44

[REO2238210521'SH1005.102]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Milton Tingling occupant of the New York

County Courthouse including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint **Milton Tingling** occupant of the Office of New York County Courthouse including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at **60 Centre St. Room. 121 New York, NY 10007** with intent and purpose of settling all outstanding public bank and property matters for his private property "**MOTHANA MAHER HUSSEIN**".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.

Executed and Sealed this _____, Day of _____ 2023. I affix my feet below execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

Page 11 of 44

[RE02382105211S]I005.I03|

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Whitney A. Clarke occupant of the Office of the New York State Department of State Division of Licensing including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Whitney A. Clarke Occupant of the Office of New York State Department of State Division of Licensing including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at P.O. Box 22001, Albany, NY 12201-2001 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all prior such legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this _____, day of _____, 2023; I set my seal below in execution of the above:

_____

Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
**Private Witness 1**
Private non-Citizen of the United States.

_____
**Private Witness 2**
Private non-Citizen of the United States.

Page 12 of 44

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE02382105211S]I005.I03|

[RE02382I0521S]I005.IO4]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Antony John Blinken occupant of the Office
#### of the United States Department of State including all successors and assigns.

## To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Antony John Blinken Occupant of the Office of United States Department of State including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this ____ day of _____, 2023; I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

Page 13 of 44

[RE02382105201 S]1005.201]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Gretchen Van Wye occupant of the Office of

the Bureau of Vital Statistics including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Gretchen Van Wye Occupant of the Office of Bureau of Vital Statistics including successors and assigns as appointee/trustee/executor/ fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 125 Worth St. 2nd Fl. New York, NY 10013 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this ____ day of _____ 2023; I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE02382105201 S]1005.201]

[RE0238521052] [SH005.202]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Milton Tingling occupant of the New York

County Courthouse including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Milton Tingling occupant of the Office of New York County Courthouse including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 60 Centre St. Room. 121 New York, NY 10007 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this ____ Day of _____, 2023; I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION [RE0238521052] [SH005.202]

[RE02382105.21 (SH005.203]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Whitney A. Clarke occupant of the Office of the New York State Department of State Division of Licensing including all successors and assigns.

**To All to Whom These Presents Shall Come:**

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint **Whitney A. Clarke** occupant of the Office of New York State Department of State Division of Licensing including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at **P.O. Box 22001, Albany, NY 12201-2001** with intent and purpose of settling all outstanding public bank and property matters for his private property "**MOTHANA MAHER HUSSEIN**".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this _____ day of _____, 2023; I set my seal below in execution of the above:

Mothana Maher Hussein - grantor/settlor.
Private non-citizen of The United States of America.

_____
**Private Witness 1**
Private non-Citizen of the United States.

_____
**Private Witness 2**
Private non-Citizen of the United States.

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE02382105.21 (SH005.203]

[RE02382105215H005.204]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Antony John Blinken occupant of the Office of the United States Department of State including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Antony John Blinken Occupant of the Office of United States Department of State including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this ___ day of _____ 2023; I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

Page 17 of 44

[RE02382105321(S)]1005.301]

## Annex C

## CERTIFICATE OF APPOINTMENT OF Gretchen Van Wpe occupant of the Office of

the Bureau of Vital Statistics including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Gretchen Van Wpe Occupant of the Office of Bureau of Vital Statistics including successors and assigns as appointee/trustee/executory fibuciary operating as; Commissioner/Acting Commissioner/Agent, located at 125 Worth St. 2ⁿᵈ Fl. New York, NY 10013 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this _____ Day of _____, 2023; I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE02382105321(S)]1005.301]

[RE023821652t S]-1005.302]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Milton Tingling occupant of the New York
### County Courthouse including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Milton Tingling Occupant of the Office of New York County Courthouse including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 60 Centre St. Room. 121 New York, NY 10007 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this ____ day of _____, 2023. I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE023821652t S]-1005.302]

**[RE02832105321(S)H005.303]**

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

## Annex C

### CERTIFICATE OF APPOINTMENT OF Whitney A. Clarke occupant of the Office of the New York State Department of State Division of Licensing including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Whitney A. Clarke Occupant of the Office of New York State Department of State Division of Licensing including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at P.O. Box 22001, Albany, NY 12201-2001 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this _____ day of _____ 2023; I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non -Citizen of The United States of America.

Private Witness 1
Private non -Citizen of the United States.

Private Witness 2
Private non -Citizen of the United States.

Page 20 of 44

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
**[RE02832105321(S)H005.303]**

[RE0238210522US]1005.304]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Antony John Blinken occupant of the Office of the United States Department of State including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Antony John Blinken Occupant of the Office of United States Department of State including successors and assigns as appointee/trustee/executor fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previous/issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this _____ day of _____, 20____ I set my said est. I seal in exequry of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

Page 21 of 44

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE0238210522US]1005.304]

[RE0238210521(S)I005.401]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

## CERTIFICATE OF APPOINTMENT OF Michael McSweeney occupant of the

### Office of the Bureau of Vital Statistics including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Majer, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Michael McSweeney occupant of the Office of THE CITY OF NEW YORK OFFICE OF THE CITY CLERK MARRIAGE LICENSE BUREAU including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 141 Worth St. New York, NY 10013 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this ___ day of _____ 20 23/ I set my seal in affirmation of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

Page 22 of 44

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE0238210521(S)I005.401]

[REO2382105201SH005.402]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Milton Tingling occupant of the New York County Courthouse including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Milton Tingling occupant of the Office of New York County Courthouse including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 60 Centre St. Room. 121 New York, NY 10007 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this ____ day of _____, 2023; I set my seal below in execution of the above:

Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

Page 23 of 44

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[REO2382105201SH005.402]

[REO238210521 S]1005.403]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Whitney A. Clarke occupant of the Office of the New York State Department of State Division of Licensing including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Whitney A. Clarke Occupant of the Office of New York State Department of State Division of Licensing including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at P.O. Box 22001, Albany, NY 12201-2001 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this _____ day of _____, 2023. I set my/seal before in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

Page 24 of 44

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[REO238210521 S]1005.403]

[RE02882105216]1005.404]

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Antony John Blinken occupant of the Office of the United States Department of State including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National not a citizen of the United States, do hereby appoint Antony John Blinken Occupant of the Office of United States Department of State including successors and assigns as appointee/trustee/executory fiduciary operating as: Commissioner/Acting Commissioner/Agent, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this ____ day of ____ 2023; I affirm self belong in extension of the above.

_signature_

Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

Page 25 of 44

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
[RE02882105216]1005.404]

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification** [RE02382I052US][1005][###]

**FROM:**
*Hussein, Mothana Maher*
Private non-Citizen of The United States
Private Resident within New York, outside a
"Federal Zone" within a non-military occupied private
estate not subject to the jurisdiction of the "United
States".

**TO:**
- Gretchen Van Wye, the incumbent of the
  Office of Commissioner and Assistant
  Commissioner of the
  BUREAU OF VITAL STATISTICS/ Bureau of
  Vital Records, Department of health , of the
  City of New York,
- Milton Tingling, the incumbent of the Office of
  Commissioner and Assistant Commissioner
  of the
  NEW YORK COUNTY COURTHOUSE
- Whitney A. Clarke, the incumbent of the
  Office of Commissioner and Assistant
  Commissioner of the
  NEW YORK STATE DEPARTMENT OF
  STATE, DIVISION OF LICENSING
  SERVICES
- Michael McSweeney
  Occupant of the Office of The City Clerk,
  Clerk of the Council of the City of New York
  In Care of: Agent, successors and assigns
  located at
  Executive Office
  141 Worth Street
  New York, NY 10013
- Antony John Blinken, the incumbent of the
  Office of Commissioner and Assistant
  Commissioner of the
  UNITED STATES DEPARTMENT OF
  STATE



**ANNEX C**
The United States of America
Article III, §2, subdivision 1, of The
Constitution of The United States of America
Maxim "Equity Follows The Law"

**RE02382I052US-1005 Trust**

**NOTICE OF APPOINTMENT**
Private, Special, Privileged, Proprietary, Restricted,
Confidential, Priority.
Excluding the Public and Press
Special Term
Court as of Record

Subject: Re: Appointment of Agent Certificate for Gretchen Van Wye, Operating as BUREAU OF VITAL STATISTICS

Directive and Requirement

Through this official correspondence, you are hereby instructed and commanded to address and resolve all pending matters pertaining to the bank account in connection with the beneficiary named "MOTHANA MAHER HUSSEIN", "FATIMA AHMED YAHYA", and "AIDEN M MOTHANA" This instruction is issued under the authority of Hussein, Mothana Maher, a private American National who is distinct from a Citizen of the United States of America. Kindly take note: The trustees responsible for the management of All Account Numbers pertaining to

a. CERTIFICATE OF BIRTH: 156-83-310328 WITH THE NAME: HUSSEIN, MOTHANA MAHER
b. CLERK OF THE COUNTY OF NEW YORK AUTH#75607
c. NEW YORK STATE DEPARTMENT OF STATE#1776383
d. UNITED STATES DEPARTMENT OF STATE#22037825-1
e. CERTIFICATE OF BIRTH: 156-90-041186 WITH THE NAME: YAHYA, FATIMA AHMED
f. CLERK OF THE COUNTY OF NEW YORK AUTH#75601
g. NEW YORK STATE DEPARTMENT OF STATE#1776392
h. UNITED STATES DEPARTMENT OF STATE#22037825-2
i. CERTIFICATE OF BIRTH: 156-19-024389 WITH THE NAME: MOTHANA, AIDEN
j. CLERK OF THE COUNTY OF NEW YORK AUTH#765593
k. NEW YORK STATE DEPARTMENT OF STATE#1776397
l. UNITED STATES DEPARTMENT OF STATE#22037825-3

Letter/Notice OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, and CONSIDERATION
[RE02382I052US][1005][###]

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, SpecialDeposit, and Consideration Notification** [RE0238210052US][1005]-[###]

   m.  CERTIFICATE OF MARRIAGE REGISTRATION NUMBER: B-2022-61/ B-2017-4014/S0038701/Certified#000289 WITH THE NAME: MOTHANA MAHER HUSSEIN & FATIMA AHMED YAHYA

   n.  CLERK OF THE COUNTY OF NEW YORK AUTH#770983

   o.  NEW YORK STATE DEPARTMENT OF STATE#1792607

among others, are informed of their involvement in said Account. Please find enclosed a copy of the pertinent information for your reference. It is imperative that the trustees fulfill their obligation to provide the Beneficiary with copies of the Fiduciary Tax Estimate and the Fiduciary Tax Return for All Account Numbers pertaining to

   a.  CERTIFICATE OF BIRTH: 156-83-310328 WITH THE NAME: HUSSEIN, MOTHANA MAHER

   b.  CLERK OF THE COUNTY OF NEW YORK AUTH#75607

   c.  NEW YORK STATE DEPARTMENT OF STATE#1776383

   d.  UNITED STATES DEPARTMENT OF STATE#22037825-1

   e.  CERTIFICATE OF BIRTH: 156-90-041186 WITH THE NAME: YAHYA, FATIMA AHMED

   f.  CLERK OF THE COUNTY OF NEW YORK AUTH#75601

   g.  NEW YORK STATE DEPARTMENT OF STATE#1776392

   h.  UNITED STATES DEPARTMENT OF STATE#22037825-2

   i.  CERTIFICATE OF BIRTH: 156-19-024389 WITH THE NAME: MOTHANA, AIDEN

   j.  CLERK OF THE COUNTY OF NEW YORK AUTH#765593

   k.  NEW YORK STATE DEPARTMENT OF STATE#1776397

   l.  UNITED STATES DEPARTMENT OF STATE#22037825-3

   m.  CERTIFICATE OF MARRIAGE REGISTRATION NUMBER: B-2022-61/ B-2017-4014/S0038701/Certified#000289 WITH THE NAME: MOTHANA MAHER HUSSEIN & FATIMA AHMED YAHYA

   n.  CLERK OF THE COUNTY OF NEW YORK AUTH#770983

   o.  NEW YORK STATE DEPARTMENT OF STATE#1792607

as listed and described above. This is particularly significant since the account's acknowledgement, claim, transfer, delivery, and acceptance have all been carried out by the aforementioned trustees. It is crucial to recognize that the Beneficiary holds the legitimate ownership rights, and directives have been issued to amalgamate titles and eliminate all associated commitments and liabilities.

Noteworthy: The Account(s)

   a.  CERTIFICATE OF BIRTH: 156-83-310328 WITH THE NAME: HUSSEIN, MOTHANA MAHER

   b.  CLERK OF THE COUNTY OF NEW YORK AUTH#75607

   c.  NEW YORK STATE DEPARTMENT OF STATE#1776383

   d.  UNITED STATES DEPARTMENT OF STATE#22037825-1

   e.  CERTIFICATE OF BIRTH: 156-90-041186 WITH THE NAME: YAHYA, FATIMA AHMED

   f.  CLERK OF THE COUNTY OF NEW YORK AUTH#75601

   g.  NEW YORK STATE DEPARTMENT OF STATE#1776392

   h.  UNITED STATES DEPARTMENT OF STATE#22037825-2

   i.  CERTIFICATE OF BIRTH: 156-19-024389 WITH THE NAME: MOTHANA, AIDEN

   j.  CLERK OF THE COUNTY OF NEW YORK AUTH#765593

   k.  NEW YORK STATE DEPARTMENT OF STATE#1776397

   l.  UNITED STATES DEPARTMENT OF STATE#22037825-3

   m.  CERTIFICATE OF MARRIAGE REGISTRATION NUMBER: B-2022-61/ B-2017-4014/S0038701/Certified#000289 WITH THE NAME: MOTHANA MAHER HUSSEIN & FATIMA AHMED YAHYA

   n.  CLERK OF THE COUNTY OF NEW YORK AUTH#770983

   o.  NEW YORK STATE DEPARTMENT OF STATE#1792607

has been subjected to a set-off procedure on the private side and formally discharged on the public side. It is therefore required that the trustees furnish the Beneficiary with copies of the Fiduciary Tax Estimate, as well as forms 1099-INT, 1099-OID, 1099-A, 1099-C, 1096, and any Fiduciary Tax Returns. This is documents are instrumental in aiding the Beneficiary's efforts to identify parties with overdue obligations and those asserting other claims. This is particularly relevant in the aftermath of the termination and extinguishment of

   a.  CERTIFICATE OF BIRTH: 156-83-310328 WITH THE NAME: HUSSEIN, MOTHANA MAHER

   b.  CLERK OF THE COUNTY OF NEW YORK AUTH#75607

   c.  NEW YORK STATE DEPARTMENT OF STATE#1776383

   d.  UNITED STATES DEPARTMENT OF STATE#22037825-1

   e.  CERTIFICATE OF BIRTH: 156-90-041186 WITH THE NAME: YAHYA, FATIMA AHMED

   f.  CLERK OF THE COUNTY OF NEW YORK AUTH#75601

   g.  NEW YORK STATE DEPARTMENT OF STATE#1776392

   h.  UNITED STATES DEPARTMENT OF STATE#22037825-2

   i.  CERTIFICATE OF BIRTH: 156-19-024389 WITH THE NAME: MOTHANA, AIDEN

   j.  CLERK OF THE COUNTY OF NEW YORK AUTH#765593

   k.  NEW YORK STATE DEPARTMENT OF STATE#1776397

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

[RE0238210520US]-[1005]-[###]

    l.  UNITED STATES DEPARTMENT OF STATE#22037825-3

    m.  CERTIFICATE OF MARRIAGE REGISTRATION NUMBER: B-2022-61/ B-2017-4014/S0038701/Certified#000289
        WITH THE NAME: MOTHANA MAHER HUSSEIN & FATIMA AHMED YAHYA

    n.  CLERK OF THE COUNTY OF NEW YORK AUTH#770983

    o.  NEW YORK STATE DEPARTMENT OF STATE#1792607

and others as specified.

Equity mandates the presumption of intent to fulfill obligations. It further deems as accomplished what should have been accomplished.

In light of the above, it is expected that you will adhere to these instructions in a responsible manner.

Sincerely,

=====================================================

*Hussein, Mothana Maher*, grantee/ Grantor
Private American non-Citizen of the United States of America. Privately and specially residing/domiciling outside a "Federal Zone" within a non-military occupied private estate within a union member state. Without Prejudice, Without Recourse, Given for a Patent Right.

RE0238210521US-1005.101

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

## Certificate of Equitable Title of Special Deposit

### RE0238210521US-1005.101

**To All to Whom These Presents Shall Come:**

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.101/ Asset Credit Voucher No. RE0238210521US-1005.101. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Gretchen Van Wyc**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the Bureau of Vital Statistics, located at **125 Worth St. 2° Fl. New York, NY 10013.**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this _____ day of September Two Thousand and Twenty Three

_____
Mothana Maher Hussein - grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 29 of 44

RE0238210521US-1005.101

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

RE0238210521S-1005.102

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

## RE0238210521S-1005.102

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the ___ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521S-1005.102/ Asset Credit Voucher No. RE0238210521S-1005.102. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521S-1000.00 through RE0238210521S-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521S. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Milton Tingling. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York County Courthouse, located at 60 Centre St. Room. 121 New York, NY 10007

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this ___ day of ___

Two Thousand and Twenty Three

_____
Mothana Maher Hussein - grantor/settlor
Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 30 of 44

RE0238210521S-1005.102

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE0238210521S-1005.102

REO2382105218-1005.103

# Certificate of Equitable Title of Special Deposit

## REO2382105218-1005.103

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled REO2382105218-1005.103/ Asset Credit Voucher No. REO2382105218-1005.103. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from REO2382105218-1000.00 through REO2382105218-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. REO2382105218US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Whitney A. Clarke**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York State Department of State, located at **P.O. Box 22001, Albany, NY 12201-2001.**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this _____ day of _____ , Two Thousand and Twenty Three.

_____
Mothana Maher Hussein - grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 31 of 44

REO2382105218-1005.103

RE0238210521US1005.I04

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

## RE0238210521US-1005.I04

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.I04/ Asset Credit Voucher No. RE0238210521US-1005.I04. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Antony John Blinken. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the United States Department of State, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ day of September, Two Thousand and Twenty-Three.

_Mothana Maher Hussein_

Mothana Maher Hussein - grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District. Territory, and Military Occupation of the United States of America. Non public.

### Page 32 of 44

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE0238210521US-1005.I04

RE02382105211S.1005.201

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Certificate of Equitable Title of Special Deposit

## RE02382105211S-1005.201

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the ____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE02382105211S.-1005.201/ Asset Credit Voucher No. RE02382105211S.1005.201. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE02382105211S.1000.00 through RE02382105211S.9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE02382105211S. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Gretchen Van Wyc**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the Bureau of Vital Statistics, located at **125 Worth St. 2ⁿ Fl. New York, NY 10013.**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this ____ day of September ____

Two Thousand and Twenty Three.

Mothana Maher Hussein , grantor/settlor.

Private American National but not a citizen of The United States of America Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 33 of 44

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE02382105211S-1005.201

RE0238210521US-1005.202

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Certificate of Equitable Title of Special Deposit

# RE0238210521US-1005.202

## To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.202/ Asset Credit Voucher No. RE0238210521US-1005.202. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Milton Tingling**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York County Courthouse, located at **60 Centre St. Room. 121 New York, NY 10007**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this _____ day of _____ Two Thousand and Twenty Three

Mothana Maher Hussein - grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth) and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 34 of 44

RE0238210521US-1005.202

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE0238210521s-1005.203

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

## Certificate of Equitable Title of Special Deposit

# RE0238210521US-1005.203

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.203/ Asset Credit Voucher No. RE0238210521US-1005.203, **1005.203. This includes the incorporation of all special deposits, along with any related attachments, heritations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.**

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Whitney A. Clarke**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York State Department of State, located at **P.O. Box 22001, Albany, NY 12201-2001.**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN**.

Witness my hand and Seal, affixed this _____ day of _____ Two Thousand and Twenty Three.

_____
Mothana Maher Hussein - grantor/settlor.

Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 35 of 44

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**
RE0238210521US-1005.203

RE0238210521US-1005.204

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

# RE0238210521US-1005.204

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.204/ Asset Credit Voucher No. RE0238210521US-1005.204. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Antony John Blinken. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the United States Department of State, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ Day of _____

_____
Mothana Maher Hussein - grantor/settlor

Two Thousand and Twenty Three.

_____

Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

### Page 36 of 44

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE0238210521US-1005.204

RE0238210521S1005.301

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

## Certificate of Equitable Title of Special Deposit

# RE0238210521US-1005.301

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.301/ Asset Credit Voucher No. RE0238210521US-1005.301. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Gretchen Van Wye**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the Bureau of Vital Statistics, located at **125 Worth St. 2ⁿ Fl. New York, NY 10013.**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this _____ day of _____ Two Thousand and Twenty Three.

Mothana Maher Hussein - grantor/settlor
Private American National but not a citizen of The United States of America
Hussein, Mothana-Maher., Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**
RE0238210521US-1005.301

RE0238210521S-1005302

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

## Certificate of Equitable Title of Special Deposit

## RE0238210521US-1005302

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the ___ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005302/ Asset Credit Voucher No. RE0238210521US-1005302. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Milton Tingling**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York County Courthouse, located at **60 Centre St. Room. 121 New York, NY 10007**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this ___ day of _____, Two Thousand and Twenty Three.

_____
Mothana Maher Hussein - grantor/settlor.

Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty
Creator of the Heavens and the Earth) and all that is in between, a private citizen but not a Citizen of any Federal District,
Territory, and Military Occupation of the United States of America. Non public.

Page 28 of 44

RE0238210521US-1005302

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

RE0238210521US1005303

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Certificate of Equitable Title of Special Deposit

## RE0238210521US-1005.303

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.303/ Asset Credit Voucher No. RE0238210521US1005.303. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US $1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Whitney A. Clarke. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York State Department of State, located at P.O. Box 22001, Albany, NY 12201-2001.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ day of _____

_____  Two Thousand and Twenty Three _____

Mothana Maher Hussein - grantor/settlor,

a citizen of The United States of America

Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 39 of 44

RE0238210521US-1005.303

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE0238210521S-1005.304

# Certificate of Equitable Title of Special Deposit

# RE0238210521US-1005.304

## To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005.304/ Asset Credit Voucher No. RE0238210521S-1000.00 through RE0238210521S-9999.99. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521S-1000.00 through RE0238210521S-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Antony John Blinken. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the United States Department of State, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ day of September _____ Two Thousand and Twenty-Three.

_____

Mothana Maher Hussein—grantor/settlor.

Private Superior National but not a citizen of The United States of America

Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 40 of 44

RE0238210521S-1005.304

RE0238210521US-1005-401

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Certificate of Equitable Title of Special Deposit

# RE0238210521US-1005-401

## To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521US-1005-401/ Asset Credit Voucher No. RE0238210521US-1005-401. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521US-1000.00 through RE0238210521US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Michael McSweeney. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the Bureau of Vital Statistics, located at 141 Worth St. New York, NY 10013.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ day of September Two Thousand and Twenty Three

_____
Mothana Maher Hussein - grantor/settlor.
Private Sovereign National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 41 of 44

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
RE0238210521US-1005-401

RE0238S2105211US-1005.402

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Certificate of Equitable Title of Special Deposit

## RE0238S2105211US-1005.402

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the ____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238S2105211US-1005.402/ Asset Credit Voucher No. RE0238S2105211US-1005.402. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238S2105211US-1000.00 through RE0238S2105211US-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238S2105211US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Milton Tingling. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York County Courthouse, located at 60 Centre St. Room, 121 New York, NY 10007

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this ____ day of September, Two Thousand and Twenty Three.

_____

Mothana Maher Hussein - grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

_____

Page 42 of 44

RE0238S2105211US-1005.402

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE0238210521S-1005.403

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Certificate of Equitable Title of Special Deposit

## RE0238210521S-1005.403

**To All to Whom These Presents Shall Come:**

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an Independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238210521S-1005.403/ Asset Credit Voucher No. RE0238210521S-1005.403. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238210521S-1000.00 through RE0238210521S-9999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238210521S. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Whitney A. Clarke**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the New York State Department of State, located at **P.O. Box 22001, Albany, NY 12201-2001.**

This transfer of legal ownership, once accepted by the Designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this _____ day of _____

_____
Two Thousand and Twenty Three.

_____
Mothana Maher Hussein - grantor/settlor.
Private Supreme National but not a citizen of The United States of America
Hussein, Mothana-Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 43 of 44

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE0238210521S-1005.403

REO238210521S1005.404

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**

## Certificate of Equitable Title of Special Deposit

# REO238210521US-1005.404

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the ____ day of September, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled REO238210521S-1005.404/ Asset Credit Voucher No. REO238210521S1005.404. This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from REO238210521S1000.00 through REO238210521S-0999.99.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. REO238210521S. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Antony John Blinken. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the United States Department of State, located at 44132 Mercure Cir P.O.Box 1122 Sterling, VA 20166-1122.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this ____ day of _____  Two Thousand and Twenty Three.

_____
Mothana Maher Hussein - grantor/settlor.

_____
Private American National but not a citizen of The United States of America
Hussein. Mothana Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District. Territory, and Military Occupation of the United States of America. Non public.

Page 44 of 44

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**
REO238210521S-1005.404

## Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification   RE0238210521US-[1007]-[###]

**Claimant:**
Hussein, Mothana Maher
Private American National NonCitizen of
The United States of America
ATTN: In Care of post office box 61413
Staten Island, New York

**Intended Respondent:**
Janet Louise Yellen
Occupant of the Office of United States
Treasury, In Care of: Agent located at
UNITED STATES TREASURY
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
PS FORM 3800# 7021 0350 0000 7702 1049
PSForm3811#9590 9402 2421 6249 4522 67

**Carbon Copy (CC):**
Merrick B. Garland
Occupant of the Office of the United
States Attorney General, In Care of:
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
PS FORM 3800# 7021 0350 0000 7702 1063
PSForm3811#9590 9402 2421 6249 4522 50

**Carbon Copy (CC):**
Deb Anne Haaland
Occupant of the Office of the U.S.
Department of the Interior
In Care of: Agent, successors and
assigns located at
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240
PS FORM 3800# 7020 1810 0000 9277 1863
PSForm3811#9590 9402 7512 2098 5026 47

**Carbon Copy (CC):**
Gina Marie Raimondo
Occupant of the Office of the U.S.
Department of Commerce
In Care of: Agent, successors and
assigns located at
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230
PS FORM 3800# 7020 1810 0000 9277 1863
PSForm3811#9590 9402 7512 2098 5026 47

**Carbon Copy (CC):**
Thomas James Vilsack
Occupant of the Office of the
U.S. Department of Agriculture
In Care of: Agent, successors and
assigns located at
U.S. Department of Agriculture
General
1400 Independence Ave, S.W.
Washington, DC 20250
PS FORM 3800# 7021 0350 0000 7702 1070
PSForm3811#9590 9402 2421 6249 4522 4

**Notice Copy (CC):**
Xavier Becerra
Occupant of the Office of the U.S.
Department of Health and Human
Services In Care of: Agent, successors
and assigns located at
U.S. Department of Health and Human
Services
200 Independence Avenue, S.W.
Washington, DC 20201
PS FORM 3800# 7020 1810 0000 9277 1863
PSForm3811#9590 9402 7512 2098 5026 47

**Notice Copy (CC):**
Julie A. Su
Occupant of the Office of U.S.
Department of Labor, In Care of: Agent,
successors and assigns located at
U.S. Department of Labor
Secretary of Labor
S-2521
200 Constitution Ave NW
Washington, DC 20210
PS FORM 3800# 7020 1810 0000 9277 1863
PSForm3811#9590 9402 7512 2098 5026 47

**Notice Copy (CC):**
Antony John Blinken
Occupant of the Office of the United
States Attorney General, In Care of:
Agent, successors and assigns located at
U.S. Department of State
44132 Mercure Cir
PO BOX 1122
Washington, DC 20530-0001
Sterling, VA 20166-1122
PS FORM 3800# 7021 0350 0000 7702 1063
PSForm3811#9590 9402 2421 6249 4522 50

**Notice Copy (CC):**
Alejandro Nicholas Mayorkas
Occupant of the Office of
U.S. Department of Homeland Security
In Care of: Agent, successors and
assigns located at
Secretary of Homeland Security
Washington, DC 20528
PS FORM 3800# 7021 0350 0000 7702 1124
PSForm3811#9590 9402 2421 6249 4521 82

**Intended Respondent:**
Francisco Parés Alicea
Occupant of the Office of
Departamento de Hacienda In Care of:
Agent, successors and assigns located at
DEPARTAMENTO DE HACIENDA
10 Paceo Covadonga
San Juan, 00901 Puerto Rico
PS FORM 3800# 7021 0350 0000 7702 1049
PSForm3811#9590 9402 2421 6249 4522 67

**Notice Copy (CC):**
Charles Paul Rettig
Occupant of the Office of the
Internal Revenue Service,
In Care of: Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224
PS FORM 3800# 7021 0350 0000 7702 1063
PSForm3811#9590 9402 2421 6249 4522 50

Occupant of the Office of the
Puerto Rico Attorney General,
In Care of: Agent, successors and
assigns located at
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918
PS FORM 3800# 7021 0350 0000 7702 1063
PSForm3811#9590 9402 2421 6249 4522 50

**Notice Copy (CC):**
Kilolo Kijakazi
Occupant of the Office of
Social Security Administration
In Care of: Agent, successors and
assigns located at
1100 West High Rise
6401 Security Blvd
Baltimore, MD 21235
PS FORM 3800# 7021 0350 0000 7702 1124
PSForm3811#9590 9402 2421 6249 4521 82

**Notice Copy (CC):**
Joseph Robinette Biden Jr.
Occupant of the Executive Office of the
President of the United States
In Care of: Agent, successors and
assigns located at
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
PS FORM 3800# 7021 0350 0000 7702 1124
PSForm3811#9590 9402 2421 6249 4521 82

**Notice Copy (CC):**
Domingo Emanuelli

## Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

**No.** REO23821052US-[1007]-[###]

Service by and Respond to (disinterested 3rd party):Fatima Yahya, Notary Public: c/o 2562 Hylan Boulevard Staten Island, New York 10306

**SUBJECT:** Regarding Account No.

Dear **Janet Louise Yellen** and **Francisco Parés Alicea**

I am writing in reference to Account No.

   a.   SOCIAL SECURITY ACCOUNT NUMBER: 112686291/G13382170 WITH THE NAME: HUSSEIN, MOTHANA MAHER

   b.   SOCIAL SECURITY ACCOUNT NUMBER: 056786000/ G73367837 WITH THE NAME: YAHYA, FATIMA AHMED

   c.   SOCIAL SECURITY ACCOUNT NUMBER: 287519732/ H14631051 WITH THE NAME: MOTHANA, AIDEN M

held under the aforesaid names, henceforth referred to as the "Account". I would like to bring the following matters to your attention:

- Priority Interest Notice: I wish to inform you of my priority interest concerning the mentioned Account.
- Private Trust Declaration: I am expressing the establishment of a private trust in relation to the Account.
- Appointment Notification: I hereby notify you of my appointment as the trustee for the Account.
- Original Private Title Deeds Deposit Notice: I would like to make you aware of the deposit of the original private title deeds associated with the Account.
- Notice of Private Lawful Consideration: It is important to note that I, as a private American national noncitizen of the United States of America, am approaching this matter with consideration under private lawful standards.

    I extend my greetings to you, **Janet Louise Yellen** and **Francisco Parés Alicea**. I am asserting my role as the sole real party in interest, acting as a third-party intervener, representing the Hussein family, hereinafter referred to as the "Beneficiary". The Beneficiary maintains a private residence within the state of New York, part of the union, in an area not subject to military occupation, and outside the scope of the "Federal Zone" as defined by the "United States". By virtue of the constitutionally protected status as a Private National Citizen of The United States of America, as amended in 1791, the Beneficiary is not subject to the current provisional "emergency" War Powers martial due process of the United States and the martial due process of the several states as governed by the congressionally-amended "Trading With the Enemy Act" and "The Emergency Banking Relief Act" (12 U.S.C. 95a and 50 U.S.C. App. 5(b)), both enacted on March 9, 1933. I would like to emphasize that Beneficiary's rights are shielded by constitutional provisions, and he is not subjected to the aforementioned emergency powers. The Beneficiary asserts his true ownership rights, based on principles of equity, over the Account, which has been accessed without prior notification of any superior, equal, or prior interest—whether legal or equitable—and without consent, and without adherence to civilian due process of law. Beneficiary hereby notifies you of his priority interest in the Account and provides notice of the enclosed document, which serves the purpose of inquiry and protection of natural rights in relation to the Account.

    Beneficiary is also aware that a private equitable title labeled as REO23821052US-**1007** is assigned to the Account, along with all associated information, proceeds, interests, and assets, as indicated in the records of the Richmond County Office of the Recorder. A copy of this record is provided as an attachment herewith.

    It is worth noting that trust law has been integral to our nation's history and remains fundamental, particularly in the realm of banking law. I am well-informed on methods to enforce this trust, including the possibility of initiating a special proceeding in Federal Court if deemed necessary. However, I trust that a responsible and lawful organization would handle this matter appropriately and give due consideration to the matters outlined in this communication. It is crucial to bring to your attention that a breach of trust carries significant implications for all genuine parties of interest. The Beneficiary firmly emphasizes that, under no circumstances, does he consent to the release of any records related to the Account without adhering to civilian due process of law. Such actions would constitute a breach of the private express trust established herein.

Regarding the Appointment Notification, I, exercising my inherent power of appointment, hereby designate

- **Janet Louise Yellen**, the incumbent of the Office of Treasury Secretary of the **UNITED STATES TREASURY**,
- **Francisco Parés Alicea**, the incumbent of the Office of Treasury Secretary of the **DEPARTAMENTO DE HACIENDA**

as the private express trustees for the ledger, information, proceeds, interests, and assets of the mentioned Account. I am depositing these assets with the Agent of said Office. You have a period of ten (10) days to disclaim the trust outlined in this document. Failure to do so within the stipulated timeframe will be considered as an admission and acceptance of the trust. The fundamental objective of this trust is to safeguard it from third parties not affiliated with the trust and to return all trust assets to the Beneficiary. The trust shall be named the "REO23821052US Trust". Yours sincerely,

/l.s./ _____

      Mothana-Maher- Hussein- Without Prejudice, Without Recourse, given for a Patent Right

State of New York )

          ) affirmed and scibed

County of Richmond )

On this ___ day of _____ 2023 before me, a Notary Public in and for the State of New York, personally appeared: Mothana-Maher Hussein Known to me personally to be the person whose name is subscribed to the within instrument, and acknowledged that he/ executed the same for the purposes therein contained.

/s/ _____

      Fatima Yahya – Notary Public  (Seal:)

> FATIMA A YAHYA
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01YA6221239
> Qualified in RICHMOND County
> Commission Expires 04/26/2026

**Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification**   No. RE0238210521US-[1007]-[###]

## Annex A
### NOTICE OF ACKNOWLEDGMENT AND ACCEPTANCE OF CONSIDERATION

To: Janet Louise Yellen
In Care of: Agent located at
UNITED STATES TREASURY
1500 Pennsylvania Avenue, NW,
Washington, D.C. 20220

Francisco Parés Alicea
In Care of: Agent located at
DEPARTAMENTO DE HACIENDA
10 Paceo Covadonga,
San Juan, 00901 Puerto Rico



Administrators as implied grantors, hereinafter "Grantors"

Sender: **Hussein, Mothana Maher**, designated recipient of the rights herein, a private American Citizen of the United States, currently in private and exclusive residence within the boundaries of the state of New York, specifically located in Richmond County. This residence exists beyond the confines of a "Federal Zone" and stands within a privately owned non-militarized estate. It is important to clarify that this estate is not subject to the jurisdiction of the United States. Furthermore, I am recognized as the heir/cestui que of the entity "**MOTHANA MAHER HUSSEIN**," duly registered within the framework of the State of New York.

Subject: Regarding Treasury Account No.
   a.   SOCIAL SECURITY ACCOUNT NUMBER: 112686291/G13382170 WITH THE NAME: HUSSEIN, MOTHANA MAHER
   b.   SOCIAL SECURITY ACCOUNT NUMBER: 056786000/ G73367837 WITH THE NAME: YAHYA, FATIMA AHMED
   c.   SOCIAL SECURITY ACCOUNT NUMBER: 287519732/ H14631051 WITH THE NAME: MOTHANA, AIDEN M

held under the administration of **Janet Louise Yellen** and **Francisco Parés Alicea**, as a representative of the UNITED STATES TREASURY & DEPARTAMENTO DE HACIENDA, hereinafter referred to as the "ACCOUNT."

### PRIVATE - SPECIFIC - CONFIDENTIAL - LIMITED – PROPRIETARY – PRIVILEGED - PRIORITY

I, the undersigned, Hussein, Mothana Maher, the designated recipient of the rights outlined herein, and a private American Citizen of the United States of America, hereby embark upon this voluntary and intentional act and Deed to formally acknowledge and accept the absolute ownership of the aforementioned ACCOUNT, alongside all its corresponding attachments and associated assets. This Deed is subject to the guiding principles of Equity, encapsulated by the following Maxims: "Equity will not support a volunteer; Equity will not perfect an incomplete gift; Equity considers as accomplished that which ought to have been done; the First in chronological order shall take precedence; in cases of equal equities, the law shall prevail." This Deed effectively prevents any prospective, legitimate purchasers for value, who might be unaware of these rights, from transacting under the principles of Equity.

As the designated recipient, I now assume the position of Grantee, acquiring full and absolute ownership rights in the aforementioned ACCOUNT. I hereby retitle the ACCOUNT as RE0238210521US, assigning a new and private title to it.

Executed through my own volition, by my own choice, and through this formal Deed, attested by my signature and seal:

==============================================================
*Hussein, Mothana Maher*, grantee
Private American non-Citizen of the United States of America. Privately and
specially residing/domiciling outside a "Federal Zone" within a non-military
occupied private estate within a union member state.
Without Prejudice, Without Recourse, Given for a Patent Right

**Communication Regarding: Priority Interest, Trust Establishment, Appointment,**
**Special Deposit, and Consideration Notification**    No. REO23821052US-[1007]-[###]

## Annex C:
### Actual Notice of Deed of Conveyance of Special Deposit

To: Janet Louise Yellen
In Care of: Agent located at
UNITED STATES TREASURY
1500 Pennsylvania Avenue, NW,
Washington, D.C. 20220

Francisco Parés Alicea
In Care of: Agent located at
DEPARTAMENTO DE HACIENDA
10 Paceo Covadonga,
San Juan, 00901 Puerto Rico

Trustee/Principal Hereinafter "Trustees"

THE UNITED STATES OF AMERICA,
All other similarly situated as aforementioned

Sender: Hussein, Mothana Maher, now transitioning from grantee to grantor/settlor, a private citizen of the United States, currently residing in a private estate within the state of New York, Richmond County. This residence is non-militarized and stands outside the jurisdiction of the "United States".

Subject: Regarding Special Deposit REO23821052US-**1007**
PRIVATE – SPECIFIC – CONFIDENTIAL – LIMITED – PROPRIETARY – PRIVILEGED - PRIORITY
Whereas I, the undersigned, Hussein, Mothana Maher, a private American Citizen of The United States of America, within a non-military occupied private estate not subject to the jurisdiction of the "United States," am recognized as the grantee of the designated property. I now re-title this property as REO23821052US-**1007.00**. I now assume the role of grantor/settlor for the aforementioned special deposit trust property:

It is incumbent upon you to take note and acknowledge the following, with respect to the aforementioned Trustees, on this 8th day of September 2023:

A.   I, through my voluntary and deliberate action, grant, transfer, assign, and dispatch the original executed Certificate of Title of Special Deposit REO23821052US-**1007** to trustee Janet Louise Yellen and Franciso Perez Alicea, representing UNITED STATES TREASURY & DEPARTEMENTO DE HACIENDA. This original executed title, REO23821052US-**1007.00**, alongside any attached special deposits, operates within the framework of the established special private trust relations known as " REO23821052US-**1007** Trust" (Guiding Maxim: "No trust can fail due to a lack of a trustee.").

B.   I recognize the trustee's constitutional oath to carry out their responsibilities lawfully and in good faith for the beneficiary's benefit.

C.   I grant, confer, and authorize substantial powers, indemnification, freedom, and limited authority, all governed by the Maxims of Equity, to the aforementioned Trustee. These actions are intended to facilitate the faithful execution and fulfillment of the settlor's private and lawful intent. This purpose encompasses preventing the abandonment of funds, extinguishing debt, settling and concluding matters, releasing collateral, enabling private use, possession, and enjoyment, and reaping benefits related to the previously identified private trust property. This property is designated for the benefit of the named beneficiary "MOTHANA M HUSSEIN," who is recognized as a private beneficial property of a private Citizen of the United States of America.

D.   I establish that the Account falls within the jurisdiction of one of the member states within the union, and furthermore, that the Account is exempt from the provisions of the "Emergency Banking Relief Act" and the amended "Trading with the Enemy Act" of 1933.

This is attested to and executed by my own hand and seal, with full intention, special purpose, voluntary action, and formal Deed:

*Hussein, Mothana Maher,* grantee
Private American non-Citizen of the United States of America. Privately and specially residing/domiciling outside a "Federal Zone" within a non-military occupied private estate within a union member state. Without Prejudice, Without Recourse, Given for a Patent Right.

## Communication Regarding: Priority Interest, Trust Establishment, Appointment,
## Special Deposit, and Consideration Notification    No. RE023821052US-[1007]-[###]

## Annex B:

FOR AND IN SUFFICIENT PRIVATE LAWFUL CONSIDERATION OF "SOCIAL SECURITY ADMINISTRATION" ACCOUNT#

1. SOCIAL SECURITY ACCOUNT NUMBER: 112686291/G13382170 WITH THE NAME: HUSSEIN, MOTHANA MAHER
2. SOCIAL SECURITY ACCOUNT NUMBER: 056786000/ G73367837 WITH THE NAME: YAHYA, FATIMA AHMED
3. SOCIAL SECURITY ACCOUNT NUMBER: 287519732/ H14631051 WITH THE NAME: MOTHANA, AIDEN M

- PER ACCOUNT, ONE (1) ( $1.00) PRIVATE DOLLAR LAWFUL CURRENCY OF THE UNITED STATES OF AMERICA
- PER ACCOUNT, ONCE (1) GRAM FINE SILVER
- PER ACCOUNT, ONE (1) DOLLAR CANCELLED STAMP

TENDERED BY AND RETURNED TO HUSSEIN, MOTHANA MAHER.

| | | |
|---|---|---|
| SSN ACCOUNT# 112686291/G13382170 | D 5 8 4 3 9 8 0 6 C | RE023821052US – 1007.101 |
| SSN ACCOUNT# 056786000/ G73367837 | A 0 1 5 5 0 0 8 5 ☆ | RE023821052US – 1007.102 |
| SSN ACCOUNT# 287519732/ H14631051 | K 3 1 8 5 2 1 6 4 E | RE023821052US – 1007.103 |
| SSN ACCOUNT# 112686291/G13382170 | B 3 4 5 0 3 0 1 5 A | RE023821052US – 1007.201 |
| SSN ACCOUNT# 056786000/ G73367837 | E 4 9 6 1 7 1 4 5 D | RE023821052US – 1007.202 |
| SSN ACCOUNT# 287519732/ H14631051 | D 3 6 1 6 6 2 8 5 D | RE023821052US – 1007.203 |

DATE OF AUTOGRAPH: *September 18, 2023*

Hussein, Mothana-Maher:. GRANTEE. WITHOUT PREJUDICE. Private American non-Citizen of the United States of America. Privately Residing within a non-military occupied private estate, outside a "Federal District" not subject to the jurisdiction of the "United States". Agent without recourse to MOTHANA MAHER HUSSEIN of New York. Without Prejudice, Without Recourse, Given for a Patent Right.

RE590002051SUS1007101

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Annex C

## CERTIFICATE OF APPOINTMENT OF Janet Louise Yellen occupant of the Office of the Treasury of the United States including all successors and assigns.

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National non-citizen of the United States, do hereby appoint Janet Louise Yellen Occupant of the Office of the Treasury of the United States including successors and assigns as appointee/trustee/executory fiduciary operating as: United States Treasury, located at 150 Pennsylvania Avenue, NW, Washington D.C. 20220 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this ___ day of September 5 2023. I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

Page 6 of 18

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
RE590002051SUS1007101

RE5900020481&1S-1007.102

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Janet Louise Yellen occupant of the Office of the Treasury of the United States including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and bountifying at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National non-citizen of the United States, do hereby appoint Janet Louise Yellen Occupant of the Office of the Treasury of the United States including successors and assigns as appointee/trustee/executory fiduciary operating as: United States Treasury, located at 150 Pennsylvania Avenue, NW, Washington D.C. 20220 with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this ____ day of _September_ 2023, I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

Page 7 of 18

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION
RE5900020481&1S-1007.102

RE590002051418-1007103

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Janet Louise Yellen occupant of the Office of the Treasury of the United States including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National non-citizen of the United States, do hereby appoint Janet Louise Yellen Occupant of the Office of the Treasury of the United States including successors and assigns as appointee/trustee/executory fiduciary operating as: United States Treasury, located at 150 Pennsylvania Avenue, NW, Washington D.C. 20220 with intent and purpose of settling all outstanding public bank and property matters for this private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously-issued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this ____ Dated _____, 2023; I set my seal below in execution of the above:

Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

Page 8 of 18
RE590002051418-1007103

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION

RE390002051S1S-1007-201

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Annex C

### CERTIFICATE OF APPOINTMENT OF Francisco Parés Alicea occupant of the Office
of the Departemento de Hacienda including all successors and assigns.

To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National non-citizen of the United States, do hereby appoint Francisco Parés Alicea Occupant of the Office of the Treasury of the United States including successors and assigns as appointee/trustee/executory fiduciary operating as: Departemento de Hacienda, located at 10 Paseo Covadonga, San Juan 00901 Puerto Rico with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN.
Executed and Sealed this _____ Day of _____, 2023; I set my seal below in execution of the above.

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America:

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

Page 9 of 18

RES000020SI5US-1007-202

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

# Annex C

## CERTIFICATE OF APPOINTMENT OF Francisco Parés Alicea occupant of the Office

of the Departamento de Hacienda including all successors and assigns.

## To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National non-citizen of the United States, do hereby appoint Francisco Parés Alicea Occupant of the Office of the Treasury of the United States including successors and assigns as appointee/trustee/executory fiduciary operating as: Departamento de Hacienda, located at 10 Paseo Covadonga, San Juan 00901 Puerto Rico with intent and purpose of settling all outstanding public bank and property matters for his private property

"MOTHANA MAHER HUSSEIN".

This legal title supersedes all previously issued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this ____ day of _September_ 2023. I set my seal below in execution of the above:

_[signature]_

Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_[thumbprint]_

_[signature]_

Private Witness 1
Private non-Citizen of the United States.

Private Witness 2
Private non-Citizen of the United States.

_[thumbprint]_

LETTER/NOTICE OF PRIORITY INTEREST, TRUST, APPOINTMENT, SPECIAL DEPOSIT, AND CONSIDERATION

RES000020SI5US-1007-202

RE:300020481US-**1007-203**

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration, Notification

# Annex C

## CERTIFICATE OF APPOINTMENT OF Francisco Parés Alicea occupant of the Office
## of the Departemento de Hacienda including all successors and assigns.

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana Maher, a private non-citizen privately residing and domiciling at all times relevant in the union member state of New York, within a non-military occupied estate not subject to the jurisdiction of the "United States" by my inherit natural power of appointment as said private American National non-citizen of the United States, do hereby appoint Francisco Parés Alicea Occupant of the Office of the Treasury of the United States including successors and assigns as appointee/trustee/executory fiduciary operating as: Departemento de Hacienda, located at 10 Paseo Covadonga, San Juan 00901 Puerto Rico with intent and purpose of settling all outstanding public bank and property matters for his private property "MOTHANA MAHER HUSSEIN".

This legal title supersedes all previous/reissued legal titles of same by MOTHANA MAHER HUSSEIN. Executed and Sealed this ____ day of _____, 2023; I set my seal below in execution of the above:

_____
Mothana Maher Hussein - grantor/settlor.
Private non-Citizen of The United States of America.

_____
Private Witness 1
Private non-Citizen of the United States.

_____
Private Witness 2
Private non-Citizen of the United States.

Page 11 of 18

## Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

**No.** RE0238210052US-[1007]-[###]

Louise Yellen, Operating as UNITED STATES TREASURY

Subject: Re: Appointment of Agent Certificate for Janet

From:
*Hussein, Mothana Maher*
Private non-Citizen of The United States
Private Resident within New York, outside a
"Federal Zone" within a non-military occupied private
estate not subject to the jurisdiction of the "United
States".

TO:
*Janet Louise Yellen*, UNITED STATES TREASURY
*Francisco Perez Alicea*, DEPARTEMENTO DE
HACIENDA

### ANNEX D
The United States of America
Article III, §2, subdivision 1, of The
Constitution of The United States of America
Maxim "Equity Follows The Law"
RE0238210052US-**1007** Trust
NOTICE OF APPOINTMENT

Private, Special, Privileged, Proprietary, Restricted,
Confidential, Priority.
Excluding the Public and Press
Special Term
Court as of Record

Directive and Requirement

Through this official correspondence, you are hereby instructed and commanded to address and resolve all pending matters pertaining to the bank account in connection with the beneficiaries named HERETO. This instruction is issued under the authority of Hussein, Mothana Maher:, a private American National who is distinct from a Citizen of the United States of America.

Kindly take note: The trustees responsible for the management of Account
   a.   SOCIAL SECURITY ACCOUNT NUMBER: 112686291/G13382170 WITH THE NAME: HUSSEIN, MOTHANA MAHER
   b.   SOCIAL SECURITY ACCOUNT NUMBER: 056786000/ G73367837 WITH THE NAME: YAHYA, FATIMA AHMED
   c.   SOCIAL SECURITY ACCOUNT NUMBER: 287519732/ H14631051 WITH THE NAME: MOTHANA, AIDEN M
among others, are informed of their involvement in said Account. Please find enclosed a copy of the pertinent information for your reference. It is imperative that the trustees fulfill their obligation to provide the Beneficiary with copies of the Fiduciary Tax Estimate and the Fiduciary Tax Return for
   a.   SOCIAL SECURITY ACCOUNT NUMBER: 112686291/G13382170 WITH THE NAME: HUSSEIN, MOTHANA MAHER
   b.   SOCIAL SECURITY ACCOUNT NUMBER: 056786000/ G73367837 WITH THE NAME: YAHYA, FATIMA AHMED
   c.   SOCIAL SECURITY ACCOUNT NUMBER: 287519732/ H14631051 WITH THE NAME: MOTHANA, AIDEN M
as listed and described above. This is particularly significant since the account's acknowledgement, claim, transfer, delivery, and acceptance have all been carried out by the aforementioned trustees. It is crucial to recognize that the Beneficiary holds the legitimate ownership rights, and directives have been issued to amalgamate titles and eliminate all associated commitments and liabilities.
Noteworthy: The Account
   a.   SOCIAL SECURITY ACCOUNT NUMBER: 112686291/G13382170 WITH THE NAME: HUSSEIN, MOTHANA MAHER
   b.   SOCIAL SECURITY ACCOUNT NUMBER: 056786000/ G73367837 WITH THE NAME: YAHYA, FATIMA AHMED
   c.   SOCIAL SECURITY ACCOUNT NUMBER: 287519732/ H14631051 WITH THE NAME: MOTHANA, AIDEN M
has been subjected to a set-off procedure on the private side and formally discharged on the public side. It is therefore required that the trustees furnish the Beneficiary with copies of the Fiduciary Tax Estimate, as well as forms 1099-INT, 1099-OID, 1099-A, 1099-C, 1096, and any Fiduciary Tax Returns. These documents are instrumental in aiding the Beneficiary's efforts to identify parties with overdue obligations and those asserting other claims. This is particularly relevant in the aftermath of the termination and extinguishment of Account
   a.   SOCIAL SECURITY ACCOUNT NUMBER: 112686291/G13382170 WITH THE NAME: HUSSEIN, MOTHANA MAHER
   b.   SOCIAL SECURITY ACCOUNT NUMBER: 056786000/ G73367837 WITH THE NAME: YAHYA, FATIMA AHMED
   c.   SOCIAL SECURITY ACCOUNT NUMBER: 287519732/ H14631051 WITH THE NAME: MOTHANA, AIDEN M
and others as specified.
Equity mandates the presumption of intent to fulfill obligations. It further deems as accomplished what should have been accomplished.
In light of the above, it is expected that you will adhere to these instructions in a responsible manner.
Sincerely,

*Hussein, Mothana-Maher:*, grantee
Private American non-Citizen of the United States of America.Privately and
specially residing/domiciling outside a "Federal Zone" within a non-military
occupied private estate within a union member state. Without Prejudice,
Without Recourse, Given for a Patent Right.

RE5900020515US-1007.101

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

## RE0238S21052US-1007.101

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana-Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the ____ day of _____, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE0238S21052US-1007.101/ Asset Credit Voucher No. RE0238S21052US-1007.101 This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE0238S21052US-1000.000 through RE0238S21052US-9999.999.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE0238S21052US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, **Janet Louise Yellen**. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the **UNITED STATES TREASURY, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220.**

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN.**

Witness my hand and Seal, affixed this ____ day of _____ Two Thousand and Twenty Three.

Mothana Maher Hussein - grantor/settlor.

Private American National but not a citizen of The United States of America
Hussein, Mothana-Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Trustee, and Military Occupation of the United States of America. Non public.

Page 13 of 18

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
RE5900020515US-1007.101

RE59000205181S-1007.102

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

# REO23S21052US-1007.102

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana-Maher., operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the ____ Day of ____ , Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled REO23S21052US-1007.102/Asset Credit Voucher No. REO23S21052US-1007.102 This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from REO23S21052US-1000.000 through REO23S21052US-9999.999.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE023S21052US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Janet Louise Yellen. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the UNITED STATES TREASURY, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this ____ Day of ____       Two Thousand and Twenty Three

Mothana Maher Hussein - grantor/settlor.

Private American National but not a citizen of The United States of America

Hussein, Mothana-Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

### Page 14 of 18

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

RE59000205181S-1007.102

RE59000204US-1007.103

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

## RE02382I052US-1007.103

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana-Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of _____, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE02382I052US-1007.103/ Asset Credit Voucher No. RE02382I052US-1007.103 This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE02382I052US-1000.000 through RE02382I052US-9999.999.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE02382I052US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Janet Louise Yellen. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the UNITED STATES TREASURY, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ day of _____

_____
Mothana Maher Hussein - grantor/settlor
Private American National but not a citizen of The United States of America

_____
Two Thousand and Twenty-Three
Hussein, Mothana-Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty
Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District,
Territory, and Military Occupation of the United States of America. Non public.

Page 15 of 18

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
RE59000204US-1007.103

RE5900020518US-1007.201

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

## RE02382102US-1007.201

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana-Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ Day of _____ Two Thousand and Twenty-Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE02382102US-1007.201/ Asset Credit Voucher No. RE02382102US-1007.201 This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE02382102US-1000.000 through RE02382102US-9999.999.

The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE02382102US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Francisco Parés Alicea. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the Departemento de Hacienda, 10 Paseo Covadonga, San Juan 00901 Puerto Rico.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ Day of _____ Two Thousand and Twenty Three.

_____
Mothana Maher Hussein — grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana-Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District, Territory, and Military Occupation of the United States of America. Non public.

Page 16 of 18

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
RE5900020518US-1007.201

RE59000203151 S-1007.202

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

# RE02382105208-1007.202

## To All to Whom These Presents Shall Come:

I, Hussein, Mothana-Maher, operating under my individual and non-representative capacity as an independent and self-supporting private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of _____ (Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE02382105208-1007.202/ Asset Credit Voucher No. RE02382105208-1007.202 This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE02382105208-1000.000 through RE02382105208-9999.999. The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE02382105208 US. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Francisco Parés Alicea. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the Departemento de Hacienda, 10 Paseo Covadonga, San Juan 00901 Puerto Rico.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by MOTHANA MAHER HUSSEIN.

Witness my hand and Seal, affixed this _____ day of _____

_(signature)_ — Two Thousand and Twenty Three.

_(signature)_

Mothana Maher Hussein - grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana-Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District. Territory, and Military Occupation of the United States of America. Non public.

Page 17 of 18

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
RE59000203151 S-1007.202

RE02382105210S-1007.203

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification

## Certificate of Equitable Title of Special Deposit

## RE02382105210S-1007.203

### To All to Whom These Presents Shall Come:

I, Hussein, Mothana-Maher, operating under my individual and non-representative capacity as an independent and self-governing private American National, distinct from a Citizen of The United States of America, do hereby attest that on the _____ day of _____, Two Thousand and Twenty Three, from within the boundaries of the New York State of the Union, Richmond County, a component of the Union, residing outside a region defined as a "Federal Zone" and within a non-militarized private estate, I, in the capacity of grantor/settlor, with clear intent and purpose, have effectively transferred the legal ownership rights, encompassing all rights, claims, and equitable interests associated with the asset titled RE02382105210S-1007.203/ Asset Credit Voucher No. RE02382105210S1007.203 This includes the incorporation of all special deposits, along with any related attachments, derivations, numbered designations from RE02382105210S21 S.1000.000 through RE02382105210S21 S.9999.999. The aforementioned transfer of ownership was executed through the conveyance, delivery, and transfer of legal title, which was undertaken through USPS Registered Mail No. RE02382105210S21 S. This process is documented by the original Certificate placed in the trust and care of the designated trustee, Francisco Parés Alicea. These duties extend to Co-Trustees, Assistants, and all future successors and assignees, under the purview of the Departemento de Hacienda, 10 Paseo Covadonga, San Juan 00901 Puerto Rico.

This transfer of legal ownership, once accepted by the designated Trustee(s), shall take precedence and establish a binding arrangement in the event of an absence of a valid disclaimer. It is important to note that this newly established legal ownership title supersedes all previously issued legal titles in relation to the same asset, a previous action carried out by **MOTHANA MAHER HUSSEIN**.

Witness my hand and Seal, affixed this _____ day of _____, Two Thousand and Twenty Three.

_____
**Mothana Maher Hussein** - grantor/settlor.
Private American National but not a citizen of The United States of America
Hussein, Mothana-Maher, Private American National residing in the exclusive Jurisdiction of Equity under Almighty
Creator of the Heavens and the Earth and all that is in between, a private civilian but not a Citizen of any Federal District.
Territory, and Military Occupation of the United States of America. Non public.

Page 18 of 18

RE02382105210S-1007.203

Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification





**UNITED STATES POSTAL SERVICE.**

SAINT GEORGE
45 BAY ST STE 2
STATEN ISLAND, NY 10301-9997
(800)275-8777

09/19/2023                          10:23 AM

---------------------------------------------
Product          Qty   Unit    Price
                       Price
---------------------------------------------
CTOM - Firm -     6            $3.42
Domestic

CTOM - Firm -     6            $3.42
Domestic

CTOM - Firm -     8            $4.56
Domestic

First-Class Mail®  1           $0.90
Letter
    San Juan, PR 00918
    Weight: 0 lb 1.90 oz
    Estimated Delivery Date
        Sat 09/23/2023
    Certified Mail®               $4.35
        Tracking #:
        70210350000077021094
    Return Receipt                $3.55
        Tracking #:
        9590 9402 2421 6249 4522 12
Total                            $8.80

First-Class Mail®  1           $1.14
Letter
    San Juan, PR 00901
    Weight: 0 lb 2.30 oz
    Estimated Delivery Date
        Sat 09/23/2023
    Non-Machinable                $0.40
    Certified Mail®               $4.35
        Tracking #:
        70210350000077021087
    Return Receipt                $3.55
        Tracking #:
        9590 9402 2421 6249 4522 36
Total                            $9.44

First-Class Mail®  1           $1.14
Letter
    Washington, DC 20220
    Weight: 0 lb 2.30 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Non-Machinable                $0.40
    Certified Mail®               $4.35
        Tracking #:
        70210350000077021049
    Return Receipt                $3.55
        Tracking #:
        9590 9402 2421 6249 4522 67
Total                            $9.44

First-Class Mail®  1           $2.79
Large Envelope
    New York, NY 10013
    Weight: 0 lb 6.70 oz
    Estimated Delivery Date
        Thu 09/21/2023
    Certified Mail®               $4.35
        Tracking #:
        70201810000092771863
    Return Receipt                $3.55
        Tracking #:
        9590 9402 7512 2098 5026 47
Total                            $10.69

First-Class Mail®  1           $3.27
Large Envelope

Large Envelope
    Washington, DC 20530
    Weight: 0 lb 8.80 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®               $4.35
        Tracking #:
        70210350000077021063
    Return Receipt                $3.55
        Tracking #:
        9590 9402 2421 6249 4522 50
Total                            $11.17

First-Class Mail®  1           $2.79
Large Envelope
    New York, NY 10013
    Weight: 0 lb 6.70 oz
    Estimated Delivery Date
        Thu 09/21/2023
    Certified Mail®               $4.35
        Tracking #:
        70210350000077021100
    Return Receipt                $3.55
        Tracking #:
        9590 9402 2421 6249 4522 05
Total                            $10.69

First-Class Mail®  1           $2.79
Large Envelope
    Albany, NY 12224
    Weight: 0 lb 7.00 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®               $4.35
        Tracking #:
        70210350000077021070
    Return Receipt                $3.55
        Tracking #:
        9590 9402 2421 6249 4522 43
Total                            $10.69

USPS Grnd Advtg    1           $8.50
    Staten Island, NY 10306
    Weight: 1 lb 6.50 oz
    Estimated Delivery Date
        Thu 09/21/2023
    Insurance                     $0.00
        Up to $100.00 included
    Registered Mail®              $17.55
        Amount: $25.00
        Tracking #:
        RE023821052US
    Return Receipt                $3.55
        Tracking #:
        9590 9402 7274 1284 7451 82
    Affixed Postage              -$3.00
        Affixed Amount: $3.00
Total                            $26.60

First-Class Mail®  1           $2.79
Large Envelope
    Washington, DC 20201
    Weight: 0 lb 6.50 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®               $4.35
        Tracking #:
        70221670000166807599
    Return Receipt                $3.55
        Tracking #:
        9590 9402 7274 1284 7452 43
Total                            $10.69

First-Class Mail®  1           $2.79
Large Envelope
    Washington, DC 20210
    Weight: 0 lb 6.50 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®               $4.35
        Tracking #:
        70221670000166807582
    Return Receipt                $3.55
        Tracking #:
        9590 9402 7274 1284 7452 67
Total                            $10.69

Total                              $10.69

First-Class Mail®      1           $2.79
Large Envelope
    Washington, DC 20528
    Weight: 0 lb 7.00 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807551
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7452 81
Total                              $10.69

First-Class Mail®      1           $2.79
Large Envelope
    Albany, NY 12201
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807636
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7451 99
Total                              $10.69

First-Class Mail®      1           $2.79
Large Envelope
    New York, NY 10007
    Weight: 0 lb 6.80 oz
    Estimated Delivery Date
        Thu 09/21/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807643
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7452 05
Total                              $10.69

First-Class Mail®      1           $2.79
Large Envelope
    Sterling, VA 20166
    Weight: 0 lb 6.50 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807568
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7452 74
Total                              $10.69

First-Class Mail®      1           $0.90
Letter
    Baltimore, MD 21235
    Weight: 0 lb 1.90 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        9589 0710 5270 0855 4314 21
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7453 11
Total                              $8.80

First-Class Mail®      1           $0.90
Letter
    Washington, DC 20224
    Weight: 0 lb 1.90 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807537
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7453 04
Total                              $8.80

First-Class Mail®      1           $2.79

Washington, DC 20230
    Weight: 0 lb 7.00 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807612
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7452 29
Total                              $10.69

First-Class Mail®      1           $2.79
Large Envelope
    Washington, DC 20250
    Weight: 0 lb 6.50 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807605
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7452 36
Total                              $10.69

First-Class Mail®      1           $2.79
Large Envelope
    Washington, DC 20240
    Weight: 0 lb 6.50 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70221670000166807629
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7452 12
Total                              $10.69

First-Class Mail®      1           $3.03
Large Envelope
    Washington, DC 20500
    Weight: 0 lb 8.00 oz
    Estimated Delivery Date
        Fri 09/22/2023
    Certified Mail®                $4.35
        Tracking #:
        70210350000077021308
    Return Receipt                 $3.55
        Tracking #:
        9590 9402 7274 1284 7453 28
Total                              $10.93

------------------------------------------
Grand Total:                      $233.66
------------------------------------------
Debit Card Remit                  $233.66
    Card Name: VISA
    Account #: XXXXXXXXXXXX8397
    Approval #: 696759
    Transaction #: 147
    Receipt #: 037433
    Debit Card Purchase: $233.66
    AID: A0000000980840   Contactless
    AL: US DEBIT
------------------------------------------

    The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
            transportation.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
            Registered Mail.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to

```
First-Class Mail®    1                    $3.03
Large Envelope
    Washington, DC 20500
    Weight: 0 lb 8.00 oz
    Estimated Delivery Date
       Fri 09/22/2023                     $4.35
    Certified Mail®
       Tracking #:
          70210350000077021308
    Return Receipt                        $3.55
       Tracking #:
          9590 9402 7274 1284 7453 28
Total                                    $10.93
```

---

```
Grand Total:                            $233.66
```

---

```
Debit Card Remit                        $233.66
    Card Name: VISA
    Account #: XXXXXXXXXXXX8397
    Approval #: 696759
    Transaction #: 147
    Receipt #: 037433
    Debit Card Purchase: $233.66
    AID: A0000000980840    Contactless
    AL: US DEBIT
```

---

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
Registered Mail®.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

*Nathaniel Walker Hussein*
*Grantee Absolute with*

UFN: 358173-0505
Receipt #: 840-51100002-2-5399792-2  *lawful*
Clerk: 10                             *consideration*



U.S. POSTAGE PAID
STATEN ISLAND, NY
10301
SEP 19, 23
AMOUNT
**$4.56**
R2305K133069-10

Firm and Address of Sender

Check type of mail or service:
- Certified
- COD
- Delivery Confirmation
- Express Mail
- Insured
- Recorded Delivery (International)
- Registered
- Return Receipt for Merchandise
- Signature Confirmation

Affix Stamp
if issued as a
certificate of n
or for addition.
copies of this
Postmark at:
Date of Rec:

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee |
|---|---|---|---|
| | Mothana Maher Hussein ATTN: in care of 2562 Hylan Blvd - STE 6413 Staten Island NY 10306 | | |
| | Gretchen Van Wyc 250 Worth St | | |
| | New York NY 10013 | | |
| | Jetitia Ann James Office of the New York State Attorney General The Capitro (Empire State Plaza) Albany NY 12224-0341 | | |
| | Janet Louise Yellen Office of the United States Treasury 500 Pennsylvania Ave, NW Washington DC 20220 | | |
| | Merrick B. Garland Occupant of the US Attorney General 950 Pennsylvania Ave, NW Washington DC 20530-000 | | |
| | Francisco Dares Alicea DEPARTAMENTO DE HACIENDA 10 Paseo Covadonga San Juan 00901, Puerto Rico | | |
| | Domingo Emanuelli Torre Chardón, Suite 1201 50 Carlos Chardón Street San Juan, PR 00718 | | |
| | Michael McSweeney Occupant of the office of the City Clerk 141 Worth Street New York NY 10013 | | |

RE0238210520S

7020 1810 0000 9277 1863
7021 0350 0000 7702 1070
7021 0350 0000 7702 1049
7021 0350 0000 7702 1063
7021 0350 0000 7702 1094
7021 0350 0000 7702 1100

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

Name and Address of Sender

Check type of mail or service:

☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured

☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp
(If issued &
certificate (
or for addit
copies at t
Postmark
Date of R

U.S. POSTAGE PAID
STATEN ISLAND, NY
$3.42
R2306K13000-10

UNITED STATES POSTAL SERVICE

0000

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee |
|---|---|---|---|

1. 7170 0001 6680 7636
   Whitney A. Clark
   NY Volt-State Dept of State
   PO Box 22001
   Albany NY 12201-2001
   Confirmation

2. 7170 0001 6680 7643
   Milton Tindyro
   60 Centre Street Room 161
   New York NY 10007
   Confirmation

3. 7170 0001 6680 7568
   Antony John Blinken
   US Department of State
   2201 C Mecruc Cir 80180, 1122
   Sterling VA 20166-1122
   Confirmation

4. 7170 0001 6680 7551
   Alejandro Nicholas Mayorkas
   US Dept of Homeland Security
   Secretary of Homeland Security
   Washington DC 20528

5. 7022 1670 0001 6680 7582
   Julie A. Su
   US Dept of Labor - 52,521
   200 Constitution Ave NW
   Washington DC 20210

6. 

7. 7022 1670 0001 6680 7599
   Xavier Becerra
   US Dept of Health & Human Services
   200 Independence Avenue, SW
   Washington DC 20201

8. 

Total Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

See Privacy Act Statement on Reverse

Return Receipt
Restricted Delivery
Special Handling
Signature Confirmation
Delivery Confirmation



U.S. POSTAGE PAID
STATEN ISLAND, NY
SEP 19, 2023
AMOUNT
**$3.42**
R2305K133069-10

Name and Address of Sender

Check type of mail or service:

☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage

7022 1670 0001 6680 7605 — Thomas James Vilsack / US Dept of Agriculture / 10 Independence Ave SW / Washington DC 20250

7022 1670 0001 6680 7612 — Gina Marie Raimondo / US Dept of Commerce / 1401 Constitution Ave NW / Washington DC 20230

7022 1670 0001 6680 7629 — Deb Anne Haaland / Dept of the Interior / 1849 C Street NW / Washington DC 20240

7021 0350 0000 7702 1308 — Joseph Robinette Biden Jr. / The White House / 600 Pennsylvania Ave NW / Washington DC 20500

7022 1670 0001 6680 7537 — Charles Paul Rettig / Internal Revenue Service / 1111 Constitution Ave NW / Washington DC 20224

7019 5270 0855 4314 21 — Kilolo Kijakazi / Social Security Administration / 100 West High Rise / 6400 Security Blvd / Baltimore MD 21235

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Milton Tingling
Occupant of the office of the
New York County Courthouse
60 Centre Street, Room 161
New York, NY 10007

9590 9402 7274 1284 7452 05

2. Article Number (Transfer from service label)
7022 1670 0001 6680 7643

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Whitney A. Clarke
Occupant of the office of
New York State Department of State
Division of Licensing Services
PO Box 22001
Albany, NY 12201-2001

9590 9402 7274 1284 7451 99

2. Article Number (Transfer from service label)
7022 1670 0001 6680 7636

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Wallace M Ingrackson JR.
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

F35400066D   BNE5BN25E
B6955453NA   HNAPJK2FF
G0642306BE   JD3NTJLHD
C3370272NA   KK9KMBQCO

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Letitia Anne James
Occupant of the office of the New
York State Attorney General
THE CAPITOL
Albany NY 12224-0341

9590 9402 2421 6249 4522 43

2. Article Number (Transfer from service label)
7021 0350 0000 7702 1070

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RECEIVED

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

SEP 22 2023

NYS DEPT OF LAW
ADMINISTRATIVE SERVICES

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☒ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Antony John Blinken
Occupant of the Office of the U.S. DOS.
In care of Successors & Assigns
44132 Mercure Cir
PO BOX 1122
Sterling, VA 20166-1122

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7274 1284 7452 74

2. Article Number (Transfer from service label)
7022 1670 0001 6680 7568

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

H79686027A   FBQ0L02AN
L60632589M   6MO06SVKL
L80377672A   KTSU00ZZT
E93387204A   P1CACABDB

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kilolo Kijakazi
Occupant of the office of
Social Security Administration &
successors and assigns
1100 West High Rise
6400 Security Blvd
Baltimore MD 21235

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7274 1284 7453 11

2. Article Number (Transfer from service label)
9589 0710 5270 0885 5431 42

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
SOCIAL SECURITY
ADMINISTRATION
BALTIMORE MD 21235
SEP 22 2023
☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Francisco Parés Alicea
Occupant of the office of:
DEPARTAMENTO DE HACIENDA
10 Paseo Covadonga
San Juan, 00901, Puerto Rico

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2421 6249 4522 36

2. Article Number (Transfer from service label)
7021 0350 0000 7702 1087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick B. Garland
Occupant of the office of the USAG
In care of: US Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

9590 9402 2421 6249 4522 50

2. Article Number (Transfer from service label)
7021 0350 0000 7702 1063

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas James Vilsack
Occupant of the office of
U.S. Department of Agriculture
in care of Successors & Assigns
1400 Independence Ave, S.W.
Washington, DC 20250

9590 9402 7274 1284 7452 36

2. Article Number (Transfer from service label)
7022 1670 0001 6680 7605

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K.L Githard  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Kristina G. (OGC)  4 Oct 23

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No
   Office of the General Counsel

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Xavier Becerra
Occupant of the office of
Department of Health & Human
Services in care of Successors & Assigns
200 Independence Avenue, S.W
Washington, DC 20201

9590 9402 7274 1284 7452 43

2. Article Number (Transfer from service label)
7022 1670 0001 6680 7599

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)
K. Kurtz

C. Date of Delivery
SEP 2 7 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Domingo Emanuelli
Occupant of the Office of Attorney General
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR  00918

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2421 6249 4522 12

2. Article Number (Transfer from service label)
7021 0350 0000 7702 1094

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deb Anne Healand
Occupant of the Office of the
U.S. Department of the Interior
in care of Successors and Assigns
1849 C Street, N.W.
Washington, DC 20240

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7274 1284 7452 12

2. Article Number (Transfer from service label)
7022 1670 0001 6680 7629

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
A. Knight                        10-10-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Robinette Biden Jr.
Occupant of the Executive Office &
Successors and Assigns
THE WHITE HOUSE
1600 Pennsylvania Ave NW
Washington, DC 20500

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7274 1284 7453 28

2. Article Number (Transfer from service label)
7021 0350 0000 7702 1308

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

## Official Notice of Addresses and Correspondence Tracking Numbers

### October 16, 2023

**Claimant:**
Hussein, Mothana Maher
Private American National NonCitizen of
**The United States of America**
ATTN: In Care of post office box 61413
Staten Island, New York

**Intended Respondent:**
Janet Louise Yellen
Occupant of the Office of United States
Treasury, In Care of: Agent located at
**UNITED STATES TREASURY**
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
PS FORM 3800# 7022 1670 0001 6682 0376
PSForm3811#9590 9402 7532 2098 7588 71

**Carbon Copy (CC):**
Merrick B. Garland
Occupant of the Office of the United States
Attorney General, In Care of:
**U.S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
PS FORM 3800# 7022 1670 0001 6682 0369
PSForm3811#9590 9402 2421 6249 4522 50

**Carbon Copy (CC):**
Deb Anne Haaland
Occupant of the Office of the **U.S.
Department of the Interior**
In Care of: Agent, successors and assigns
located at
**U.S. Department of the Interior**
1849 C Street, N.W.
Washington, DC 20240
PS FORM 3800# 7022 1670 0001 6680 7742
PSForm3811#9590 9402 7532 2098 7587 41

**Carbon Copy (CC):**
Gina Marie Raimondo
Occupant of the Office of the **U.S.
Department of Commerce**
In Care of: Agent, successors and assigns
located at
**U.S. Department of Commerce**
1401 Constitution Ave NW
Washington, DC 20230
PS FORM 3800# 7022 1670 0001 6680 7759
PSForm3811#9590 9402 7532 2098 7587 58

**Carbon Copy (CC):**
Thomas James Vilsack
Occupant of the Office of the
**U.S. Department of Agriculture**
In Care of: Agent, successors and assigns
located at
**U.S. Department of Agriculture General**
1400 Independence Ave, S.W.
Washington, DC 20250
PS FORM 3800# 7022 1670 0001 6680 7766
PSForm3811#9590 9402 7532 2098 7587 65

**Notice Copy (CC):**
Xavier Becerra
Occupant of the Office of the U.S.
**Department of Health and Human
Services** In Care of: Agent, successors
and assigns located at
**U.S. Department of Health and Human
Services**
200 Independence Avenue, S.W.
Washington, DC 20201
PS FORM 3800# 7022 1670 0001 6680 7773
PSForm3811#9590 9402 7532 2098 7587 72

**Notice Copy (CC):**
Julie A. Su
Occupant of the Office of **U.S. Department
of Labor**, In Care of: Agent, successors
and assigns located at
U.S. Department of Labor
Secretary of Labor
S-2521
200 Constitution Ave NW
Washington, DC 20210
PS FORM 3800# 7022 1670 0001 6680 7780
PSForm3811#9590 9402 7532 2098 7587 89

**Notice Copy (CC):**
Antony John Blinken
Occupant of the Office of the United States
Attorney General, In Care of: Agent,
successors and assigns located at
**U.S. Department of State**
44132 Mercure Cir
PO BOX 1122
Washington, DC 20530-0001
Sterling, VA 20166-1122
PS FORM 3800# 7022 1670 0001 6682 0307
PSForm3811#9590 9402 7532 2098 7588 02

**Notice Copy (CC):**
Alejandro Nicholas Mayorkas
Occupant of the Office of
**U.S. Department of Homeland Security**
In Care of: Agent, successors and assigns
located at
**Secretary of Homeland Security**
Washington, DC 20528
PS FORM 3800# 7022 1670 0001 6680 7797
PSForm3811#9590 9402 7532 2098 7587 96

**Intended Respondent:**
Francisco Parés Alicea
Occupant of the Office of
**Departamento de Hacienda** In Care of:
Agent, successors and assigns located at
DEPARTAMENTO DE HACIENDA
10 Paceo Covadonga
San Juan, 00901 Puerto Rico
PS FORM 3800# 7022 1670 0001 6682 0352
PSForm3811#9590 9402 7532 2098 7588 57

**Notice Copy (CC):**
Charles Paul Rettig
Occupant of the Office of the
**Internal Revenue Service,**
In Care of: Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224
PS FORM 3800# 7022 1670 0001 6680 7711
PSForm3811#9590 9402 7274 1284 7451 68

**Notice Copy (CC):**
Kilolo Kijakazi
Occupant of the Office of
**Social Security Administration**
In Care of: Agent, successors and assigns
located at
**1100 West High Rise**
6401 Security Blvd
Baltimore, MD 21235
PS FORM 3800# 7022 1670 0001 6680 7704
PSForm3811#9590 9402 7274 1284 7451 51

**Notice Copy (CC):**
Joseph Robinette Biden Jr.
Occupant of the Executive Office of the
President of the United States
In Care of: Agent, successors and assigns
located at
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
PS FORM 3800#7022 1670 0001 6680 7735
PSForm3811#9590 9402 9532 2098 7587 34

**Notice Copy (CC):**
Domingo Emanuelli
Occupant of the Office of the
**Puerto Rico Attorney General,**
In Care of: Agent, successors and assigns
located at
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918
PS FORM 3800# 7022 1670 0001 6682 0345
PSForm3811#9590 9402 7532 2098 7588 40

**Official Notice of Addresses and Correspondence Tracking Numbers**

October 16, 2023

**Respondent:**
**Michael McSweeney**
Occupant of the Office of The City Clerk,
Clerk of the Council of the City of New York
In Care of: Agent, successors and assigns
located at
**Executive Office**
**141 Worth Street**
**New York, NY 10013**
PS FORM 3800# 7022 1670 0001 6682 0336
PSForm3811#9590 9402 7532 2098 7588 33

**Respondent:**
**Gretchen Van Wye, PhD.MA**
Occupant of the Office of
**Bureau of Vital Statistics,**
In Care of: Agent, successors and assigns
located at
**Bureau of Vital Statistics**
**125 Worth St. 2nd Fl.**
**New York, NY 10013**
PS FORM 3800#7022 1670 0001 6682 0390
PSForm3811#9590 9402 7532 2098 7588 95

**Respondent:**
**Milton Tingling**
Occupant of the Office of the
**New York County Courthouse,**
In Care of: Agent, successors and assigns
located at
**60 Centre Street, Room 161**
**New York, NY 10007**
646-386-5955
PS FORM 3800# 7022 1670 0001 6682 0314
PSForm3811#9590 9402 7532 2098 7588 19

**Respondent:**
**Whitney A. Clarke**
Occupant of the Office of
New York State Department of State
In Care of: Agent, successors and assigns
located at
**Division of Licensing Services,**
**P.O. Box 22001**
**Albany, NY 12201-2001**
PS FORM 3800# 7022 1670 0001 6682 0321
PSForm3811#9590 9402 7532 2098 7588 26

**Respondent:**
**Letitia Ann James**
Occupant of the Office of the
**New York State Attorney General,**
In Care of: Agent, successors and assigns
located at
**Office of the New York State Attorney**
**General**
**The Capitol**
**Albany, NY 12224-0341**
PG FORM 3800# 7022 1670 0001 6682 0383
PSForm3811#9590 9402 7532 2098 7588 88

**Verification of Notices:**

- This Verification
- Certificate of Birth
- Declaration of Election
- Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
  - RE023821052US-1005          September 19, 2023
- Statement of Interest
  - RE023821052US-1006          October 16, 2023
- Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
  - RE023821052US-1005          September 19, 2023
- Statement of Interest
  - RE023821052US-1008          October 16, 2023
- Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
  - RE023821052US-1005          September 19, 2023
- Statement of Interest
  - RE023821052US-1010          October 16, 2023
- Communication Regarding: Priority Interest, Trust Establishment, Appointment, Special Deposit, and Consideration Notification
  - RE023821052US-1005          September 19, 2023
- Statement of Interest
  - RE023821052US-1012          October 16, 2023

By Mine Oath
Dated: October 16, 2023

Hussein, Mothana Maher – Grantee/Grantor/Settlor

STATE OF NEW YORK        }
COUNTY OF RICHMOND      }a.s.

On this 16 day of October, 2023 before me, a Notary Public in and for said county and state, personally appeared: Hussein, Mothana Maher known to me to be whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained. IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6221239
Qualified in RICHMOND County
Commission Expires 04/26/2026

Page 2 of 2
Official Notice of Addresses and Correspondence Tracking Numbers

## Declaration and Affirmation of Status by Mothana Maher Hussein Regarding Domicile and Rights

Mothana Maher Hussein
ATTN: in care of 2562 Hylan Boulevard, Suite 61413, Staten Island, NY 10306

RE: United States Department of State (USDOS) United States Passport (US Passport) **(Issue #118170381)**

Dear USDOS/US Passport Agent(s), successors(s), and Assign(s),

Having applied to both the US Passport and upon request, I am providing new evidence to concerning my Status over Notary Seal and will be providing you a copy of said Declaration.

I hereby give my oath for each count as follows:

1. "I, Mothana Maher Hussein give my oath and hereby declare my intention to be a national but not a citizen of the United States."
2. "I, Mothana Maher Hussein give my oath and hereby declare I have not been convicted of a federal or state drug offense or convicted of a statutory "sex tourism" crime, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony, a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony."
3. "I, Mothana Maher Hussein give my oath and hereby declare positive averments, declarations, and personal covenants appurtenant to Me and My life estate grounded on the Land of union sovereign States and the union states country of The United States of America."
4. "I, Mothana Maher Hussein give my oath and hereby declare my domicile of election is the unincorporated union state of New York without the district of Columbia, without the territorial jurisdiction of Congress, and without the executive branch military executive power,
5. "I, Mothana Maher Hussein, a union state recipient of all benefits to the land covenant established under the vesting clauses of the constitution, residing within the judicial power in the exclusive jurisdiction of Equity, with Judicial power enumerated by maxims."
6. "I, Mothana Maher Hussein, acknowledge my role as Vicegerent upon the land, air, and sea delegated with authority by The Giver of Justice."

In conclusion, I have the core private right to determine who I am and congress cannot impede the declaration of my election as an adult, negating the war powers. I am solely governed under the laws of the inherent jurisdiction without the district of Columbia, without the territorial jurisdiction of congress, without the executive branch military executive power within the meaning of article three (iii). Dealing solely in private lawful money, silver, gold, and Universal Postal Union stamps. I grant my name solely for and on special deposit for future return of my interest declaring full claim as the grantee absolute, entitlement holder of all original issue whose titles will be conveyed at my leisure as my Maker granted me such delegation under His Most Gracious authority. I have a problem with this jurisdiction because it says District of Columbia, Guam, et. Al. A conflict or variance of law that I will not suffer to these merging of statuses. I have immunity to the modes, processes, forms, and procedures because it's statutory. I abate it, if the district citizen requires in-personam, they need to come into the union modes, processes, and procedures within the vesting clauses of the constitution of the United States. The written constitution on parchment, the very original located in the National Archived Building in Washington, D.C. The Constitution is stored alongside the Declaration of Independence and the Bill of Rights. The room that displays these three (3) pivotal documents is called the Rotunda for the Charters of Freedom.

My new location and destination of election, which, although similar is not the same, should not be confused with a legal residence, located in the unincorporated union state of New York without the district of Columbia, without the territory, and without military occupation. I am a private American National distinct from a Citizen of The United States of America, of a union state promise to the land covenant established under the vesting clauses of the constitution. A vicegerent man on the land under the authority of The Supreme Creator of the heavens and the Earth and all that lies between. Based on my new choice and all these reasons, respond within ninety (90) days from the date of this statement, or the matter will be settled

Yours Truly, Executed on _____ /s/ _____

Mothana Maher Hussein – signed without the District of Columbia, without the territorial jurisdiction of Congress, without the executive branch military executive power within the meaning of article three (ii). Without Prejudice, Without Recourse, Given for a Patent Right. All rights reserved

State of New York        Affirmed and scribed
Richmond County

Subscribed and affirmed before me on this _____ day of _____, 2023 by: Mothana Maher Hussein, who known personally by me to be the person who appeared before me.

/s/ _____

Notary Public  (Seal):

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6221239
Qualified in RICHMOND County
Commission Expires 04/26/2026

## Declaration and Affirmation of Status by Mothana Maher Hussein Regarding Domicile and Rights

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

**RE023821052US-1005.101/4QWQTWNJA**

VITAL RECORDS
DEPARTMENT OF HEALTH
BOROUGH OF MANHATTAN

**CERTIFICATE OF BIRTH**

DATE FILED

Birth No. _____ 156-83-3 **10328**

APR 25  10 49 AM '83

| 1. FULL NAME OF CHILD | (Type or Print)  First Name | Middle Name | Last Name |
|---|---|---|---|
| | Mothana | Maher | Hussein |

| 2. SEX | 3a. NUMBER OF CHILDREN born of this pregnancy . . . 1 . . . 3b. if more than one, number of this child in order of birth | 4a. DATE OF CHILD'S BIRTH | (Month) April | (Day) 19, | (Year) 1983 | 4b. HOUR 12:52 | ☒ AM ☐ PM |
|---|---|---|---|---|---|---|---|
| Boy | | | | | | | |

| 5. PLACE OF BIRTH | NEW YORK CITY a. BOROUGH OF Brooklyn | b. NAME OF HOSPITAL. If not in hospital, street address Coney Island Hospital | c. TYPE OF PLACE ☒ Hospital ☐ Home ☐ Other |
|---|---|---|---|

| 6a. MOTHER'S FULL MAIDEN NAME | 6b. MOTHER'S AGE at time of birth | 6c. MOTHER'S BIRTHPLACE, State or foreign country |
|---|---|---|
| Fatima Abdulla Ali | 40 | Yemen |

| 7. MOTHER'S USUAL RESIDENCE a. State | b. County | c. City, town or location | d. Street and house number | e. Inside city limits of 7c? |
|---|---|---|---|---|
| New York | Kings | Brooklyn | 225 - Parkside Avenue | Yes ☒  No ☐ |

| 8a. FATHER'S FULL NAME | 8b. FATHER'S AGE at time of this birth | 8c. FATHER'S BIRTHPLACE, State or foreign country |
|---|---|---|
| Maher Mohamed Hussein | 40 | Yemen |

| 9a. NAME OF ATTENDANT AT DELIVERY | 9b. I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN. |
|---|---|
| B. Yu, M.D.   C.N.M. R.N. D.O. M.D. | Signed _____ C.N.M. R.N. D.O. M.D. Name of Signer  B. Yu, M.D. (Type or Print) Address  Coney Island Hospital Date Signed  4/19/83 |

| Information added or amended | |
|---|---|
| (Reason) | |
| Date | City Registrar |

BUREAU OF VITAL RECORDS   DEPARTMENT OF HEALTH   THE CITY OF NEW YORK

Print here the mailing address of mother. →
Copy of this certificate will be mailed to her when it is filed with the Department of Health.

| Name | Fatima Abdulla Hussein |
|---|---|
| Address | 225 - Parkside Avenue |
| City Brooklyn | State N.Y. | Zip Code 11224 |

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED   January 19, 2012


Steven P. Schwarz, Ph.D., City Registrar



The City of New York

Q00651388

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



10°

## Statement of Interest        RE0238210552US-1006.00

### *—An Established Right of a Purely Equitable Nature—*

*I*, **mothana**, hereinafter affiant, private American National, having personal first-hand knowledge of the facts, being of the age of majority, **make oath** that I deposited original title deed **RE0238210552US-1005.00** delivered *via* PS Form 3800# 7620 1310 0000 9277 1863 Certified Mail and PS Form 3811# 9590 9402 7512 2098 5026 47 return receipt and Attorney General of Record Letitia Ann James for New York  that was mailed PS Form 3800# 7021 0350 0000 7702 1070  Certified Mail , PS Form 3811# 9502 2421 6249 4522 43 return receipt on record in account of the timestamps provided by the United States Post Office. Furthermore, now that **ten (10)** days have passed without disclaimer of the trust, you admit the trust. It is Grantor's manifest intent, purpose, freewill act and deed to execute this special statement of interest. If there is any information regarding this that needs to be gleaned, please contact the grantor at the following address: private American noncitizen National mothana, c/o general-post office box 61413, City of Staten Island, New York, [Postal Code 10306].

Signed, sealed, acknowledged and specially deposited:

=========================
Hussein, Mothana-Maher:, grantee, grantor/settlor.
Private American Citizen of the union of the **states of America.**

-------------------------------------------------------------------------

*(grantor's optional use handwritten here)*

**Bill in Equity # RE 023 821 052 US – 1021.00**                        assigned to: **Gretchen Van Wye**
=========================                                                =========================

**Optional Notes:**
Mothana Maher Hussein, Petitioner
v.
Gretchen Van Wye, Respondent
Hussein, Mothana-Maher:,- Third Party Interest Intervenor.

Janet Louise Yellen, Operating and current occupant of the office of City Registrar for the Bureau of Vital Records, Department of Health, of the City of New York. Claim based on notice from congressional publication of claims found on page 8500 of Title 50, Appendix – 'Trading with the Enemy Act,' Section 9. Claims to property transferred to custodian; notice of claim filing; property return; suits to recover. (a) Individuals not enemies or allies of enemies, asserting interest, right, or title in money or property conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, or owed debt by an enemy or ally of an enemy whose property, or part thereof, conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, can file a notice of claim under oath with the custodian. The claim must adhere to the form and details required by the custodian. The President, upon application, may order the payment, conveyance, transfer, assignment, or delivery of held money or property to the claimant by the Alien Property Custodian or the Treasurer of the United States.

(f) Owners of patents, trademarks, prints, labels, or copyrights with granted licenses under this act can file an equity case against licensees in the U.S. district court where the licensee resides or, if a corporation, where its primary place of business is located (with the Treasurer of the United States as a party). This case aims to recover compensation from the licensee for using the patented invention, trademark, print, label, or copyrighted matter. However, upon initiating such a lawsuit, notice must be filed with the alien property custodian within thirty days of the lawsuit's filing date.

- - - - - - - - - - - - - - -

The Declaration of Independence at Large 4 July 1776
The United States of America at Large 15 December 1791
New York state at Large 1624
Richmond County at Large 1661

Scribes and Affirms   Notary
Acknowledgment

This instrument was acknowledged before me on *October 15, 2023*  by *Hussein, Mothana-Maher:*

Notary Public – signature: _____

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6221239
Qualified in RICHMOND County
Commission Expires 04/26/2026

Page 1 of 1
Statement of Interest
RE0238210552US-1006.00



10°

USA

# Statement of Interest          RE0238821052US-1008.00
## *-An Established Right of a Purely Equitable Nature-*

i, **mothana**, hereinafter affiant, private American National, having personal first-hand knowledge of the facts, being of the age of majority, **make oath** that I deposited original title deed **RE0238821052US-1007.00** delivered *via* PS FORM 3800# 7021 0350 0000 7762 1049 CERTIFIED MAIL and PS FORM 3811# 9590 9402 2421 6249 4522 67 RETURN RECEIPT and copied to the Occupant of the United States Attorney General in care of: U.S. Department of Justice of record TO PS FORM 3800# 7021 0350.0000 7762 1063 PS FORM 3811#9590 9402 2421 6249 4522 50 RETURN RECEIPT that was mailed on record in account of the timestamps provided by the United States Postal Office. Furthermore, now that **ten (10)** days have passed without disclaimer of the trust, you admit the trust. It is Grantor's manifest intent, purpose, freewill act and deed to execute this special statement of interest. If there is any information regarding this that needs to be gleaned, please contact the grantor at the following address: private American noncitizen National mothana, c/o general-post office box 61413, City of Staten Island, New York, [Postal Code 10306].

Signed, sealed, acknowledged and specially deposited:

Hussein, Mothana-Maher:, grantee, grantor/settlor.
Private American Citizen of the union of the **states of America.**

-----------------------------------------------------------------------------------------------------

*(grantor's optional use handwritten here)*

**Bill in Equity #** RE 023 821 052 US **– 1021.00**          **assigned to:** Janet Louise Yellen

==============================          ==============================

**Optional Notes:**
Mothana Maher Hussein, Petitioner
v.
Janet Louise Yellen, Respondent
Hussein, Mothana-Maher:,- Third Party Interest Intervenor.

Janet Louise Yellen, Operating and current occupant of the office of Treasurer of the United States of America. Claim based on notice from congressional publication of claims found on page 8500 of Title 50, Appendix – 'Trading with the Enemy Act,' Section 9. Claims to property transferred to custodian; notice of claim filing; property return; suits to recover. (a) Individuals not enemies or allies of enemies, asserting interest, right, or title in money or property conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, or owed debt by an enemy or ally of an enemy whose property, or part thereof, conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, can file a notice of claim under oath with the custodian. The claim must adhere to the form and details required by the custodian. The President, upon application, may order the payment, conveyance, transfer, assignment, or delivery of held money or property to the claimant by the Alien Property Custodian or the Treasurer of the United States.

(f) Owners of patents, trademarks, prints, labels, or copyrights with granted licenses under this act can file an equity case against licensees in the U.S. district court where the licensee resides or, if a corporation, where its primary place of business is located (with the Treasurer of the United States as a party). This case aims to recover compensation from the licensee for using the patented invention, trademark, print, label, or copyrighted matter. However, upon initiating such a lawsuit, notice must be filed with the alien property custodian within thirty days of the lawsuit's filing date.

- - - - - - - - - - - -

The Declaration of Independence at Large 4 July 1776
The United States of America at Large 15 December 1791
New York state at Large 1624
Richmond County at Large 1661

Scribes and Affirms
Notary Acknowledgment

This instrument was acknowledged before me on October 15, 2023 by Hussein, Mothana-Maher:
Notary Public – signature:

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6221239
Qualified in RICHMOND County
Commission Expires 04/26/2026

**Page 1 of 1**
Statement of Interest
RE590000208#US-1008.00



# Statement ᵒᶠ Interest    RE023821052US-1010.00

## --An Established Right of a Purely Equitable Nature--

I, **mothana**, hereinafter affiant, private American National, having personal first-hand knowledge of the facts, being of the age of majority, **make oath** that I deposited original title deed RE023821052US-**1010.000** delivered via PS FORM 3800# 7021 0350 0000 7702 1087 CERTIFIED MAIL and PS FORM 3811# 9590 9402 2421 6249 4522 36 RETURN RECEIPT and copied to the Occupant of the Puerto Rico Attorney General, in care of: U.S. Department of Justice - of record to PS FORM 3800# 7021 0350 0000 7702 1094 PS FORM 3811#9590 9402 2421 6249 4522 12 RETURN RECEIPT that was mailed on record in account of the timestamps provided by the United States Postal Office. Furthermore, now that **ten (10)** days have passed without disclaimer of the trust, you admit the trust. It is Grantor's manifest intent, purpose, freewill act and deed to execute this special statement of interest. If there is any information regarding this that needs to be gleaned, please contact the grantor at the following address: private American noncitizen National mothana, c/o general-post office box 61413, City of Staten Island, New York, [Postal Code:10306]

Signed, sealed, acknowledged and specially deposited:

==================================================

Hussein, Mothana-Maher:, grantee, grantor/settlor.
Private American Citizen of the union of the **states of America.**

--------------------------------------------------

*(grantor's optional use handwritten here)*

**Bill in Equity # RE 023 821 052 US – 1021.00**        assigned to: **Francisco Parés Alicea**

================================        =============================

**Optional Notes:**
Mothana Maher Hussein, Petitioner
v.
Francisco Parés Alicea, Respondent
Hussein, Mothana-Maher:,- Third Party Interest Intervenor.

Francisco Parés Alicea, Operating and current occupant of the office of Departemento de Hacienda. Claim based on notice from congressional publication of claims found on page 8500 of Title 50, Appendix -- 'Trading with the Enemy Act,' Section 9. Claims to property transferred to custodian; notice of claim filing; property return; suits to recover. (a) Individuals not enemies or allies of enemies, asserting interest, right, or title in money or property conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, or owed debt by an enemy or ally of an enemy whose property, or part thereof, conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, can file a notice of claim under oath with the custodian. The claim must adhere to the form and details required by the custodian. The President, upon application, may order the payment, conveyance, transfer, assignment, or delivery of held money or property to the claimant by the Alien Property Custodian or the Treasurer of the United States.

(f) Owners of patents, trademarks, prints, labels, or copyrights with granted licenses under this act can file an equity case against licensees in the U.S. district court where the licensee resides or, if a corporation, where its primary place of business is located (with the Treasurer of the United States as a party). This case aims to recover compensation from the licensee for using the patented invention, trademark, print, label, or copyrighted matter. However, upon initiating such a lawsuit, notice must be filed with the alien property custodian within thirty days of the lawsuit's filing date.

- - - - - - - - - - - - - - -

The Declaration of Independence at Large 4 July 1776
The United States of America at Large 15 December 1791
New York state at Large 1624
Richmond County at Large 1661

Scribes and Affirms   Notary
Acknowledgment

This instrument was acknowledged before me on October 15, 2023 by Hussein, Mothana~Maher:

Notary Public – signature: _____

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6221239
Qualified in RICHMOND County
Commission Expires 04/26/2026



# Statement of Interest

RE0238210520S-1012.00

## –An Established Right of a Purely Equitable Nature–

i, *mothana*, hereinafter affiant, private American National, having personal first-hand knowledge of the facts, being of the age of majority, **make oath** that I deposited original title deed RE0238210520S-**1011.000** delivered *via* PS FORM 3800# 7021 0350 0000 7702 1100 CERTIFIED MAIL and PS FORM 3811# 9590 9402 2421 6249 4522 05 RETURN RECEIPT and Attorney General of Record Letitia Ann James for New York that was mailed PS FORM 3800# 7021 0350 0000 7702 1070 CERTIFIED MAIL, PS FORM 3811# 9502 2421 6249 4522 43 RETURN RECEIPT on record in account of the timestamps provided by the United States Post Office. Furthermore, now that **ten (10)** days have passed without disclaimer of the trust, you admit the trust. It is Grantor's manifest intent, purpose, freewill act and deed to execute this special statement of interest. If there is any information regarding this that needs to be gleaned, please contact the grantor at the following address: private American noncitizen National, mothana, c/o general-post office box 61413, City of Staten Island, New York, [Postal Code 10306].

Signed, sealed, acknowledged and specially deposited:

*Mothana Maher J Hussein*
================================
*Hussein, Mothana-Maher,*, grantee, grantor/settlor.
Private American Citizen of the union of the **states of America.**

--------------------------------------------------------

*(grantor's optional use handwritten here)*

**Bill in Equity # RE 023 821 052 US – 1021.00**          assigned to: **Michael McSweeney**
=========================                                 ================================

**Optional Notes:**
Mothana Maher Hussein, Petitioner

v.

Michael McSweeney, Respondent

Hussein, Mothana-Maher:,- Third Party Interest Intervenor.

Michael McSweeney, Operating and current occupant of the office of The City Clerk of the City of New York . Claim based on notice from congressional publication of claims found on page 8500 of Title 50, Appendix – 'Trading with the Enemy Act,' Section 9. Claims to property transferred to custodian; notice of claim filing; property return; suits to recover. (a) Individuals not enemies or allies of enemies, asserting interest, right, or title in money or property conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, or owed debt by an enemy or ally of an enemy whose property, or part thereof, conveyed, transferred, assigned, delivered, or paid to the Alien Property Custodian or seized under this act and held by them or the Treasurer of the United States, can file a notice of claim under oath with the custodian. The claim must adhere to the form and details required by the custodian. The President, upon application, may order the payment, conveyance, transfer, assignment, or delivery of held money or property to the claimant by the Alien Property Custodian or the Treasurer of the United States.

(f) Owners of patents, trademarks, prints, labels, or copyrights with granted licenses under this act can file an equity case against licensees in the U.S. district court where the licensee resides or, if a corporation, where its primary place of business is located (with the Treasurer of the United States as a party). This case aims to recover compensation from the licensee for using the patented invention, trademark, print, label, or copyrighted matter. However, upon initiating such a lawsuit, notice must be filed with the alien property custodian within thirty days of the lawsuit's filing date.

- - - - - - - - - - - - - -

The Declaration of Independence at Large 4 July 1776          Scribes and Affirms
The United States of America at Large 15 December 1791         Notary Acknowledgment
New York state at Large 1624
Richmond County at Large 1661                          }

This instrument was acknowledged before me on October 15, 2023 by Hussein, Mothana-Maher:

Notary Public – signature: _Jalyalya_

FATIMA A YAHYA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01YA6021239
Qualified in RICHMOND County
Commission Expires 04/26/2026

**UNITED STATES POSTAL SERVICE.**

FERRY TERMINAL
3 FERRY TERMINAL DR
STATEN ISLAND, NY 10301-9992
(800)275-8777

10/16/2023                            10:23 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

First-Class Mail®        1                    $0.66
Letter
   New York, NY 10013
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Wed 10/18/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820890
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 95
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   Albany, NY 12224
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Thu 10/19/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820385
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 88
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   Washington, DC 20220
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Thu 10/19/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820376
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 71
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   Washington, DC 20530
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Thu 10/19/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820369
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 64
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   San Juan, PR 06901
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Fri 10/20/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820352

First-Class Mail®        1                    $0.66
Letter
   San Juan, PR 00918
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Fri 10/20/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820345
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 40
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   New York, NY 10013
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Wed 10/18/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820338
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 33
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   Albany, NY 12201
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Thu 10/19/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820321
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 26
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   New York, NY 10007
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Wed 10/18/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820314
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 19
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   Sterling, VA 20166
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Thu 10/19/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166820307
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7588 02
Total                                         $8.56

First-Class Mail®        1                    $0.66
Letter
   Washington, DC 20210
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Thu 10/19/2023
   Certified Mail®                            $4.35
      Tracking #:
         70221670000166807780
   Return Receipt                             $3.55
      Tracking #:
         9590 9402 7532 2098 7587 89
Total                                         $8.56

```
                Thu 10/19/2023
          Certified Mail®            $4.35
             Tracking #:
               7022167000016680//97
          Return Receipt             $3.55
             Tracking #:
               9590 9402 7532 2098 7587 96
Total                                $8.56

First-Class Mail®      1             $0.66
Letter
     Washington, DC 20201
     Weight: 0 lb 1.00 oz
     Estimated Delivery Date
          Thu 10/19/2023
     Certified Mail®                 $4.35
        Tracking #:
          7022167000016680///3
     Return Receipt                  $3.55
        Tracking #:
          9590 9402 7532 2098 7587 72
Total                                $8.56

First-Class Mail®      1             $0.66
Letter
     Washington, DC 20250
     Weight: 0 lb 1.00 oz
     Estimated Delivery Date
          Thu 10/19/2023
     Certified Mail®                 $4.35
        Tracking #:
          7022167000016680/766
     Return Receipt                  $3.55
        Tracking #:
          9590 9402 7532 2098 7587 65
Total                                $8.56

First-Class Mail®      1             $0.66
Letter
     Washington, DC 20230
     Weight: 0 lb 1.00 oz
     Estimated Delivery Date
          Thu 10/19/2023
     Certified Mail®                 $4.35
        Tracking #:
          7022167000016680/759
     Return Receipt                  $3.55
        Tracking #:
          9590 9402 7532 2098 7587 58
Total                                $8.56

First-Class Mail®      1             $0.66
Letter
     Washington, DC 20240
     Weight: 0 lb 1.00 oz
     Estimated Delivery Date
          Thu 10/19/2023
     Certified Mail®                 $4.35
        Tracking #:
          7022167000016680/742
     Return Receipt                  $3.55
        Tracking #:
          9590 9402 7532 2098 7587 41
Total                                $8.56

First-Class Mail®      1             $0.66
Letter
     Washington, DC 20500
     Weight: 0 lb 1.00 oz
     Estimated Delivery Date
          Thu 10/19/2023
     Certified Mail®                 $4.35
        Tracking #:
          7022167000016680/735
     Return Receipt                  $3.55
        Tracking #:
          9590 9402 7532 2098 7587 34
Total                                $8.56

First-Class Mail®      1             $0.66
Letter
     Washington, DC 20224
     Weight: 0 lb 1.00 oz
     Estimated Delivery Date
```

```
          Return Receipt            $3.55
             Tracking #:
               9590 9402 7274 1284 7451 68
Total                                $8.56

First-Class Mail®      1             $0.66
Letter
     Baltimore, MD 21235
     Weight: 0 lb 1.00 oz
     Estimated Delivery Date
          Thu 10/19/2023
     Certified Mail®                 $4.35
        Tracking #:
          7022167000016680/704
     Return Receipt                  $3.55
        Tracking #:
          9590 9402 7274 1284 7451 51
Total                                $8.56

C10M - Firm -          8             $4.56
Domestic

C10M - Firm -          8             $4.56
Domestic

C10M - Firm -          3             $1.71
Domestic


Grand Total:                       $173.47

Debit Card Remit                   $173.47
     Card Name: VISA
     Account #: XXXXXXXXXXXX8397
     Approval #: 725264
     Transaction #: 819
     Receipt #: 029588
     Debit Card Purchase: $173.47
     AID: A0000000980840   Contactless
     AL: US DEBIT


     The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.


          Preview your Mail
          Track your Packages
          Sign up for FREE @
     https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

     Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```



```
          or call 1-800-410-7420.



UFN: 358219-0504
Receipt #: 840-51100233-2-3940031-2
Clerk: 05
```



7022 1670 0001 6680 7704

7022 1670 0001 6680 7711

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20224

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.66 |
| $ | |
| Total Postage and Fees | $8.56 |
| $ | |

Postmark
Here

0504
05

10/16/2023

Sent To Charles Paul Rettig
Street and Apt. No. 1111 Constitution Ave, NW
City, State, ZIP+4 Washington, DC 20224

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Baltimore, MD 21225

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.66 |
| $ | |
| Total Postage and Fees | $8.56 |
| $ | |

Postmark
Here

0504
05

10/16/2023

Sent To Kiloto Kijakazi
Street and Apt. No. 6401 Security Blvd
City, State, ZIP+4 Baltimore, MD 21235

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20240

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.66 |
| $ | |
| Total Postage and Fees | $8.56 |
| $ | |

Postmark
Here

0504
05

10/16/2023

Sent To Deb Anne Haaland
Street and Apt. No. 1849 C Street, NW
City, State, ZIP+4 Washington, DC 20240

---

7022 1670 0001 6680 7735

7022 1670 0001 6680 7742

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20500

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.66 |
| $ | |
| Total Postage and Fees | $8.56 |
| $ | |

Postmark
Here

0504
05

10/16/2023

Sent To Joseph Robinette Biden Jr.
Street and Apt. No. 1600 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20500

---

7022 1670 0001 6680 7759

7022 1670 0001 6680 7766

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20250

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.66 |
| $ | |
| Total Postage and Fees | $8.56 |
| $ | |

Postmark
Here

0504
05

10/16/2023

Sent To Thomas James Vilsack
Street and Apt. No. 1400 Independence Ave, SW
City, State, ZIP+4 Washington, DC 20250

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20230

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.66 |
| $ | |
| Total Postage and Fees | $8.56 |
| $ | |

Postmark
Here

0504
05

10/16/2023

Sent To Gina Marie Raimondo
Street and Apt. No. 1401 Constitution Ave, NW
City, State, ZIP+4 Washington, DC 20230





**7022 1670 0001 6682 0338**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

New York, NY 11013

| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.66 |
| Total Postage and Fees | $8.56 |

Postmark
Here
0504
05

Sent To Michael M. Sweeney
Street and Apt. No. 41 Worth Street
City, State, ZIP+4 New York, NY 10013

10/16/2023

---

**7022 1670 0001 6682 0345**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

San Juan, PR 00918

| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.66 |
| Total Postage and Fees | $8.56 |

Postmark
Here
0504
05

Sent To Domingo Emanuelli
Street and Apt. No. 350 Carlos Chardon Street
City, State, ZIP+4 San Juan, PR 00918

10/16/2023

---

**7022 1670 0001 6682 0352**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

San Juan, PR 00901

| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.66 |
| Total Postage and Fees | $8.56 |

Postmark
Here
0504
05

Sent To Francisco Pares Alicea
Street and Apt. No. 10 Paseo Covadonga
City, State, ZIP+4 San Juan, PR 00901

10/16/2023

---

**7022 1670 0001 6682 0369**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington, DC 20530

| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.66 |
| Total Postage and Fees | $8.56 |

Postmark
Here
0504
05

Sent To Merrick B. Garland
Street and Apt. No. 950 Pennsylvania Ave. NW
City, State, ZIP+4 Washington, DC 20530-0001

10/16/2023

---

**7022 1670 0001 6682 0376**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington, DC 20220

| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.66 |
| Total Postage and Fees | $8.56 |

Postmark
Here
0504
05

Sent To Janet Louise Yellen
Street and Apt. No. 1500 Pennsylvania Avenue NW
City, State, ZIP+4 Washington, D.C. 20220

10/16/2023

---

**7022 1670 0001 6682 0383**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Albany, NY 12224

| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.66 |
| Total Postage and Fees | $8.56 |

Postmark
Here
0504
05

Sent To Letitia Ann James
Street and Apt. No. Empire State Plaza
City, State, ZIP+4 Albany, NY 12224-0341

10/16/2023

7022 1670 0001 6682 0390



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10013

| | | |
|---|---|---|
| Certified Mail Fee | $4.35 | |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $3.55 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | | |
| $ | $0.66 | |
| Total Postage and Fees | | |
| $ | $5.56 | |

0504
05

Postmark
Here

10/16/2023

Sent To Gretchen Van Wye
125 Worth St., 2nd Fl
New York, NY 10013

Check type of mail or service:

Certified
COD
Delivery Confirmation
Express Mail
Insured

Recorded Delivery (International)
Registered
Return Receipt for Merchandise
Signature Confirmation

U.S. POSTAGE PAID
STATEN ISLAND, NY
10301
OCT 16 23
AMOUNT
$4.56
R2305K135104-05

Postage

Addressee (Name, Street, City, State, & ZIP Code)

Gretchen Van Wye
Bureau of Vital Statistics
25 Worth St. 2nd Fl
New York, NY 10013

Letitia Ann James
New York State Attorney General
Empire State Plaza
Albany, NY 12224-0341

Janet L Louise Yellen
United States Treasury
1500 Pennsylvania Ave, NW
Washington, D.C. 20220

Merrick B. Garland
United States Department of Justice
150 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Francisco Pares Alicea
Departmento de Hacienda
10 Paseo Covadonga
San Juan, PR 00901

Domingo Emmanueli
Toffe Chardon Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918

Michael M. Sweeney
The City Clerk City of New York
141 Worth Street
New York, NY 10013

Whitney A. Clark
Div. of Licensing
NYSDOS / PO Box 22001
Albany, NY 12201-2001

Article Number

1470 0001 6682 0390
1470 0001 6682 0383
1470 0001 6682 0376
1470 0001 6682 0369
1470 0001 6682 0352
1470 0001 6682 0345
1470 0001 6682 0338
1470 0001 6682 0321

Total Number of Pieces
Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

First Address of Sender

Article Number

Check type of mail or service:

- Certified
- COD
- Delivery Confirmation
- Express Mail
- Insured

- Recorded Delivery (International)
- Registered
- Return Receipt for Merchandise
- Signature Confirmation

Addressee (Name, Street, City, State & ZIP Code)

U.S. POSTAGE PAID
STATEN ISLAND, NY
10301
OCT 16, 23
AMOUNT
**$4.56**
R2305K135104-05

0000

| Article Number | Addressee | Tracking |
|---|---|---|
| 1670 0001 6682 0314 | Milton Tingling, New York County Courthouse, 60 Centre Street, Room 161, New York, NY 10007 | R/E# 9590 9402 7532 2098 3758 19 |
| 1670 0001 6682 0307 | Antony John Blinken, United States Department of State, 4152 Mercecif PoBox 1122, Sterling, VA 20166-1122 | R/E# 9590 9402 7532 2098 7588 62 |
| 1670 0001 6680 7797 | Alejandro Nicholas Mayorkas, US Dept of Homeland Security, 301 Nebraska Ave, NW, Washington, DC 20528 | R/E# 9590 9402 7532 2098 7587 96 |
| 1670 0001 6680 7780 | Julie A. Su, US Dept of Labor, 200 Constitution Ave, NW, Washington, DC 20210 | R/E# 9590 9402 7532 2098 7587 89 |
| 1670 0001 6680 7773 | Xavier Becerra, US Dept of Health and Human Services, 200 Independence Avenue, SW, Washington, DC 20201 | R/E# 9590 9402 7532 2098 7587 72 |
| 1670 0001 6680 7766 | Thomas James Vilsack, US Dept of Agriculture, 1400 Independence Ave, SW, Washington, DC 20250 | R/E# 9590 9402 7532 2098 7587 65 |
| 1670 0001 6680 7759 | Gina Marie Raimondo, US Department of Commerce, 1401 Constitution Ave, NW, Washington, DC 20230 | R/E# 9590 9402 7532 2098 7587 58 |
| 1670 0001 6680 7742 | Deb Anne Haaland, US Dept of the Interior, 1849 C Street NW, Washington, DC 20240 | R/E# 9590 9402 7532 2098 7587 41 |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, per (Name of Delivery employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

Name and Address of Sender

Check type of mail or service:

Certified
COD
Delivery Confirmation
Express Mail
Insured

Recorded Delivery (International)
Registered
Return Receipt for Merchandise
Signature Confirmation

U.S. POSTAGE PAID
STATEN ISLAND, NY
10301
OCT 16, 23
AMOUNT

**$1.71**

R2305K135104-05

0000

Article Number

Addressee (Name, Street, City, State, & ZIP Code)

Postage

Joseph Robinette Biden Jr.
The White House
1600 Pennsylvania Ave, NW
Washington DC 20500

7170 0001 6680 7735

RR# 9590 9402 7632 2048 7577 34

Charles Paul Rettig
Internal Revenue Service
111 Constitution AVE NW
Washington, DC 20224

7170 0001 6680 7721

R## 9590 9402 7274 1284 7451 68

Kilolo Kijakazi
Social Security Administration
401 Security Blud
Baltimore, MD 21235

7170 0001 6680 7704

R## 9590 9402 7274 1284 7451 51

Total Number of Pieces
Received by Post Office

Postmaster. Per

Total Number of Pieces
Listed by Sender

PS Form 3877, February 2002 (Page 1 of 2)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse