FORM 1

NOTICE OF APPEAL



\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Hussein, Mothana Maher

MOTHANA MAHER HUSSEIN

NOTICE OF APPEAL

Docket No. 23cv-7627-RPK-MMH

Notice is hereby given that Hussein, Mothana Maher
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision
(describe it) November 29, Order Remanding case to State Court of the State of New York as ~~~~~~

entered in this action on the 29 day of November, 20 23

Signature

Hussein, Mothana Maher
In care of:
2562 Hylan Boulevard
Suite 61413
Staten Island, NY 10306

Printed Name Hussein, Mothana Maher
in care of
Address RR COI7
2562 Hylan Boulevard
Suite 61413
Staten Island, New York 10306

(347) 433-5623
Telephone No. (with area code)

Date: December 28, 2023